KARIN J. IMMERGUT (OSB No. 96314)
United States Attorney
District of Oregon
**JIM SUTHERLAND** (OSB No. 68160)
jim.sutherland@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1194 (tel) / (503) 727-1117 (fax)

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
**MICHAEL J. ZEVENBERGEN** (WSB 21292)
michael.zevenbergen@usdoj.gov
U.S. Department of Justice
c/o NOAA/Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6607 (tel) / (206) 526-6665 (fax)
**MEREDITH L. FLAX** (DCB 468016)
meredith.flax@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404 (tel) / (202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NORTHWEST ENVIRONMENTAL
ADVOCATES, a non-profit corporation,

                Plaintiff,

          v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, NATIONAL MARINE
FISHERIES SERVICE, and UNITED STATES
FISH AND WILDLIFE SERVICE,

                Defendants.
_____

Civ. No. 05-1876-HA

UNITED STATES' NOTICE
OF FILING UNITED
STATES FISH AND
WILDLIFE SERVICE'S
CERTIFIED INDEX OF ITS
ADMINISTRATIVE
RECORD

Notice is hereby provided to the Court and the parties that the United States is

hereby filing United States Fish and Wildlife Service's ("FWS") certified index to the

administrative record.  The Certified Index to FWS's Administrative Record is attached

to this Notice of Filing as Attachment A.  In order to lessen the burden on the Court of

managing the large administrative record, the administrative record documents

themselves will not be filed with the Court.  Instead, the United States intends to file all

administrative record documents cited by the parties in their summary judgment briefs as

excerpts of record at the conclusion of the briefing schedule.  Conversely, if the Court

prefers to receive documents cited in the briefs prior to the conclusion of the briefing, the

United States will work with the other parties to facilitate prompt delivery of those

documents on the schedule desired by the Court.

UNITED STATES' NOTICE OF FILING                      Page 2

Copies of FWS's administrative record documents are being mailed today to counsel for the parties identified in the Certificate of Service.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division


/s/ Meredith L. Flax
MEREDITH L. FLAX
United States Department of Justice
P.O. Box 7369
Washington, DC  20044-7369
(202) 305-0404
E-mail: Meredith.Flax@usdoj.gov

MICHAEL J. ZEVENBERGEN
United States Department of Justice
c/o NOAA/Damage Assessment
7600 Sand Point Way, NE
Seattle, WA  98115
(206) 526-6607
E-mail: michael.zevenbergen@usdoj.gov

Attorneys for United States of America

Dated: June 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006, I caused a true copy of the UNITED

STATES' NOTICE OF FILING FWS'S CERTIFIED INDEX OF ITS

ADMINISTRATIVE RECORD to be served on each of the following named persons at

his or her last known addresses in the manner indicated below:

Melissa Powers                          [ ] Via Hand Delivery
PACIFIC ENVIRONMENTAL                    [ ] Via E-mail
ADVOCACY CENTER                          [ ] Via First-Class mail, postage pre-paid
10015 S.W. Terwilliger Blvd.             [ ] Via Overnight Mail
Portland, OR  97219                      [X]  Notice of electronic filing using
powers@clark.edu                              CM/ECF

Alison LaPlante                          [ ] Via Hand Delivery
PACIFIC ENVIRONMENTAL                    [ ] Via E-mail
ADVOCACY CENTER                          [ ] Via First-Class mail, postage pre-paid
10015 S.W. Terwilliger Blvd.             [ ] Via Overnight Mail
Portland, OR  97219                      [X]  Notice of electronic filing using
laplante@clark.edu                            CM/ECF

Karen Moynahan                           [ ] Via Hand Delivery
Oregon Department of Justice             [ ] Via E-mail
1162 Court St., NE                       [ ] Via First-Class mail, postage pre-paid
Salem, OR 97301-4096                     [ ] Via Overnight Mail
karen.moynahan@doj.state.or.us           [X]  Notice of electronic filing using
                                              CM/ECF

Laura Maffei, R.G.                       [ ] Via Hand Delivery
Attorney at Law                          [ ] Via E-mail
Schwabe Williamson & Wyatt               [ ] Via First-Class mail, postage pre-paid
1211 SW 5th Ave., Suites 1600-1900       [ ] Via Overnight Mail
Portland, OR 97204                       [X]  Notice of electronic filing using
Lmaffei@SCHWABE.com                           CM/ECF


                                    /s/ Meredith L. Flax
                                    MEREDITH L. FLAX

**<u>ATTACHMENT A</u>**

KARIN J. IMMERGUT (OSB No. 96314)
United States Attorney
**JEFFREY K. HANDY** (OSB No. 84051)
Assistant United States Attorney
District of Oregon
1000 S.W. Third Avenue
Portland, OR 97204-2902

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division
**MICHAEL J. ZEVENBERGEN**
**MEREDITH FLAX**
U.S. Department of Justice
c/o NOAA/Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6607
(206) 526-6665 (fax)
email: michael.zevenbergen@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NORTHWEST ENVIRONMENTAL ADVOCATES, a
non-profit corporation,

Civ. No. 05-1876-HA

Plaintiff,

v.

CERTIFICATION OF THE
ADMINISTRATIVE RECORD
FOR THE U.S. FISH AND
WILDLIFE SERVICE'S
BIOLOGICAL OPINION

UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY, NATIONAL MARINE FISHERIES
SERVICE, and UNITED STATES FISH AND
WILDLIFE SERVICE,

Defendants.

I, Elizabeth Materna, declare as follows:

1.  I am employed as a fish and wildlife biologist for the U.S. Fish and Wildlife Service (FWS) in the Oregon Fish and Wildlife Office, located in Portland, Oregon.

2.  My duties include assembling and maintaining the administrative record for the FWS's biological opinion on the Environmental Protection Agency's proposed approval of revised Oregon water quality standards for temperature, intergravel dissolved oxygen, and antidegradation, dated February 24, 2004.   I certify that the documents listed in the index filed herewith comprise the complete administrative record for this biological opinion, as determined to the best of my ability.

3.  I make this declaration pursuant to 28 U.S.C. § 1746.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on ___June 5_____, 2006, at Portland, Oregon.


ELIZABETH MATERNA

# Index to Administrative Record for the Fish and Wildlife Service Biological Opinion for EPA's Proposed Approval of Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegredation February 24, 2004

| Hyperlink | Bate Stamp Range | Date of Document | Description of Document |
|---|---|---|---|
| **Biological Opinion and Supporting Documents** | | | |
| 1 | 00001-00101 | 02/25/04 | Letter from Oregon Fish and Wildlife Office (OFWO) to Randall F. Smith, US Environmental Protection Agency (EPA) re: Biological opinion; EPA's proposed approval of revised Oregon water quality standards for temperature, intergravel dissolved oxygen and antidegradation |
| 2 | 00102-00195 | 02/24/04 | Fish and Wildlife Service (FWS) Biological Opinion (BO) for EPA's Proposed Approval of Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegradation |
| 3 | 00196-00199 | 02/04/04 | Letter faxed from Michael T. Llewelyn, Oregon Department of Environmental Quality (ODEQ) to Randy Smith, EPA re: ODEQ Response to EPA Questions re the OR water quality temperature standards |
| 4 | 00200-00219 | 12/19/03 | Oregon Department of Fish and Wildlife (ODFW) - Non-Anadromous Species Timing Unit tables |
| 5 | 00220-00311 | 11/10/03 | ODEQ Water Pollution Division 41 Water Quality Standards: Beneficial uses, policies, and criteria for Oregon |
| 6 | 00312-00317 | 11/00/03 | ODEQ Beneficial Use Designations, Fish Uses: Table 190B, 250B, 121B, 101B, and 140B |
| 7 | 00318-00319 | 10/14/03 | Meeting Notes for October 14, 2003 Beneficial Use Group |
| 8 | 00320-00323 | 10/02/03 | Letter from FWS, OFWO to Emily Smith, ODEQ re: Comments on proposed revisions to ODEQ Division 41 Water Quality Standards |
| 9 | 00324-00325 | 05/28/03 | Meeting Notes written by Elizabeth Materna, FWS, for Where and When Team |
| 10 | 00326-00330 | 05/27/03 | ODFW Life stage Timing Criteria, Definitions, and Questions |
| 11 | 00331-00335 | 05/09/03 | Draft Temperature Standard Options |
| 12 | 00336-00340 | 04/21/03 | Letter from FWS to John Lani, EPA re: Comments on the final version of EPA Region 10 Guidance for State and Tribal Temperature Water Quality Standards |
| 13 | 00341-00342 | 11/29/02 | Federal Register / Vol. 67, No. 230 / Friday, November 29, 2002 / Proposed Rules Bull Trout 71265 |
| 14 | 00343-00357 | 11/29/02 | Federal Register Department of Interior Fish and Wildlife Service 50 CFR Part 17; Proposed Designation of Critical Habitat for the Klamath River and Columbia River District Population Segments of Bull Trout and Notice of Availability of the Draft Recovery Plan |
| 15 | 00358-00371 | 09/19/02 | Myrick, C.A. 2002. Bull Trout Temperature Thresholds Peer Review Summary.  Prepared for US Fish and Wildlife Service, Lacey, Washington |
| 16 | 00372-00432 | 07/01/99 | Letter/BO from FWS OFWO to Randall F. Smith, EPA re: Oregon water quality standards ESA consultation |
| 17 | 00433-00434 | 00/00/00 | FWS Bull Trout Issue - General Background, Basin Specific Information |

| 18 | 00435-00438 | 00/00/00 | ODEQ Table 190B Beneficial use designations, Fish Uses, Malheur Lake Basin, Oregon: FWS Lahontan Cutthroat Trout distribution maps |
|---|---|---|---|
| **E-Mail Messages** | | | |
| 19 | 00439-00439 | 02/23/04 | Email from Rollie White, FWS, to Elizabeth Materna, FWS, re: Amount of take in the biological opinion, with one attachment |
| 20 | 00440-00441 | 02/23/04 | Attachment: Edits to the BO on the Effect of Take |
| 21 | 00442-00442 | 02/20/04 | Email from Jesse Delia, FWS, to Elizabeth Materna, FWS, re: Bull trout consulted-on effects, with one attachment |
| 22 | 00443-00469 | 02/20/04 | Attachment: Consulted-on effects that have been analyzed through section 7 consultation as reported in a biological opinion |
| 23 | 00470-00470 | 02/19/04 | Email from Anne Walker, FWS, to Elizabeth Materna, FWS, re: 2003 bull trout survey results above and below the Clear branch dam, with one attachment |
| 24 | 00471-00581 | 02/19/04 | Attachment: Mt Hood recovery unit chapter of the bull trout recovery plan |
| 25 | 00582-00582 | 02/19/04 | Email from Cat Brown, FWS, to Elizabeth Materna, FWS, re: Oregon chub consultation history, with one attachment |
| 26 | 00583-00584 | 02/19/04 | Attachment: Previous biological opinions for Oregon Chub |
| 27 | 00585-00585 | 02/17/04 | Email from Chris Allen, FWS, to Elizabeth Materna, FWS, re: Upper McKenzie Redd survey for fall 2003, with one attachment |
| 28 | 00586-00587 | 02/17/04 | Attachment: Upper McKenzie Redd count Bull trout and Chinook, October 7, 2003 |
| 29 | 00588-00588 | 02/17/04 | Email from Chris Allen, FWS, to Elizabeth Materna, FWS, re: Annual report from ODFW, spawning survey data for bull trout Carmen Dam, with one attachment |
| 30 | 00589-00616 | 02/17/04 | Attachment: Bull trout population monitoring in the McKenzie and Middle Fork Willamette Rivers, Annual Progress Report 2002 |
| 31 | 00617-00618 | 02/17/04 | Email from Chris Allen, FWS, to Elizabeth Materna, FWS, re: McKenzie bull trout Redd count 2003, with one attachment |
| 32 | 00619-00619 | 02/17/04 | Attachment: Redd table from year 1989 to 2003 |
| 33 | 00620-00620 | 02/10/04 | Email from Kellie Kubena, EPA, to Marylou Soscia, EPA re: Bull trout spawning below dams |
| 34 | 00621-00626 | 01/29/04 | Email from John Stephenson, FWS, to Bianca Streif, FWS, re: Bull trout fry emergence in the Umatilla and Walla Walla basins |
| 35 | 00627-00630 | 01/29/04 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: ODEQ temperature letter |
| 36 | 00631-00632 | 01/28/04 | Email from Bianca Streif, FWS to Elizabeth Materna, FWS, re: Fry emergence in John Day, Malheur and Willamette |
| 37 | 00633-00634 | 01/27/04 | Email from Bianca Streif, FWS to Elizabeth Materna, FWS, re: Fry emergence in Imnaha |
| 38 | 00635-00636 | 01/27/04 | Email from Bianca Streif, FWS to Elizabeth Materna, FWS, re: Fry emergence in the Deschutes |
| 39 | 00637-00638 | 01/27/04 | Email from Peter Lickwar, FWS, to Elizabeth Materna, FWS, re: Bull trout spawning, with one attachment |
| 40 | 00639-00797 | 01/27/04 | Attachment: PGE's Draft Pelton Round Butte hydroelectric project supplemental biological evaluation, January 16, 2004 |
| 41 | 00798-00798 | 01/27/04 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Table of the spawning through emergence times for bull trout by basin and sub-basin, with one attachment |
| 42 | 00799-00800 | 01/27/04 | Attachment: Bull trout life stage timing |

| | | | |
|---|---|---|---|
| 43 | 00801-00801 | 01/14/04 | Email from Bianca Streif, FWS to Elizabeth Materna, FWS, re: Bull trout spawning |
| 44 | 00802-00803 | 01/06/04 | Email from Doug Young, FWS, to Elizabeth Materna, FWS, re: Spawning dates |
| 45 | 00804-00804 | 12/18/03 | Email from Carmen Thomas, FWS, Elizabeth Materna, FWS, re: Bull trout in Hells Canyon or Oxbow Reservoir |
| 46 | 00805-00806 | 12/17/03 | Email from Dru Keenan, EPA, to Elizabeth Materna, FWS re: Draft conservation measures please review with two attachments |
| 47 | 00807-00810 | 12/17/03 | Email from Dru Keenan, EPA to Elizabeth Materna, FWS re: Oregon clarification letter, attachment duplicate of first 12/17/03 email from EPA |
| 48 | 00811-00812 | 12/16/03 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Error in rule |
| 49 | 00813-00813 | 12/15/03 | Email from Debra Sturdevant, ODEQ, to Dru Keenan, EPA, Lahontan cutthroat trout habitat information |
| 50 | 00814-00814 | 12/15/03 | Email from Chris Allen, FWS, to Elizabeth Materna, FWS, re: Modoc suckers only found in the Goose Lake Basin |
| 51 | 00815-00815 | 12/11/03 | Email from Chris Allen, FWS, to Elizabeth Materna, FWS, re: Bull trout status for the Willamette BO, with one attachment |
| 52 | 00816-00855 | 12/11/03 | Attachment: Willamette BO: bull trout status of the species and critical habitat |
| 53 | 00856-00857 | 12/10/03 | Email from Rollie White, FWS, to Elizabeth Materna, FWS, re: conservation measures |
| 54 | 00858-00859 | 11/20/03 | Email from Dru Keenan, EPA, to Elizabeth Materna, FWS re: Options for bull trout spawning below dams |
| 55 | 00860-00860 | 11/20/03 | Attachment:  Options for bull trout spawning below dams |
| 56 | 00861-00861 | 11/20/03 | Email from Anne Walker, FWS, to Elizabeth Materna, FWS, re: Phone record for temperatures above and below the Laurance lake, with one attachment |
| 57 | 00862-00862 | 11/20/03 | Attachment: Phone record with Mt. Hood National Forest, re: bull trout spawn below the dam (Laurance Lake) |
| 58 | 00863-00863 | 11/20/03 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Powerpoint maps for Lahontan, with one attachment |
| 59 | 00864-00867 | 11/20/03 | Attachment: Lahontan cutthroat trout, brown trout, Alvord and Borax chub maps |
| 60 | 00868-00868 | 11/18/03 | Email from Anne Walker, FWS, to Elizabeth Materna, FWS, re: Mt Hood bull trout status in the revised draft recovery plan, with one attachment |
| 61 | 00869-00875 | 11/18/03 | Attachment: Mt Hood bull trout status in the revised draft recovery plan |
| 62 | 00876-00876 | 11/07/03 | Email from Debra Sturdevant, ODEQ, to Robert Anderson, NMFS, re: Revised draft of Findings of ODEQ's Technical Advisory Committee on Water Quality Criteria for Temperature, with one attachment |
| 63 | 00877-00895 | 11/07/03 | Attachment: A Summary of the Discussion and Findings of ODEQ's Technical Advisory Committee on Water Quality Criteria for Temperature |
| 64 | 00896-00898 | 11/05/03 | Email from Anne Walker, FWS, to Elizabeth Materna, FWS, re: Holy Heat Sump, concerns with winter temperatures below dams |
| 65 | 00899-00904 | 11/04/03 | Email from Anne Walker, FWS to Elizabeth Materna, FWS re: Holy Heat Sump; temperature below Clear Branch Dam during the winter |

| | | | |
|---|---|---|---|
| 66 | 00905-00906 | 11/03/03 | Email from Elizabeth Materna, FWS to Dru Keenan, EPA re: Notes from 10/28 meeting - key unresolved issues with one attachment |
| 67 | 00907-00907 | 11/03/03 | Attachment: Draft meeting notes from where and when meeting October 28, 2003 |
| 68 | 00908-00908 | 11/03/03 | Email from Debra Sturdevant, ODEQ to Jeff Lockwood re: Notes from 10/28 meeting; key unresolved issues |
| 69 | 00909-00910 | 10/27/03 | Email from Jeff Lockwood, NMFS to Debra Sturdevant, OSU re: Final notes from 10/14 where and when meeting, with one attachment |
| 70 | 00911-00912 | 10/27/03 | Attachment: Meeting notes for October 14, 2003, beneficial use group |
| 71 | 00913-00915 | 10/22/03 | Email from Tracy Harrison, ODEQ to Debra Sturdevant, ODEQ, re: Date ranges for the migration (BTHD-2) and potential migration (BTHD-4) in the Klamath, Powder and Malheur river basins, with two attachments |
| 72 | 00916-00916 | 10/22/03 | Attachment 1: Malheur Bull trout map |
| 73 | 00917-00917 | 10/22/03 | Attachment 2: Klamath Bull trout map |
| 74 | 00918-00918 | 10/16/03 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Data from streams with bull trout, with three attachments |
| 75 | 00919-00919 | 10/16/03 | Attachment 1: Summary temperature data for sections of Metolius and Minam Rivers; low risk bull trout streams |
| 76 | 00920-00920 | 10/16/03 | Attachment 2: Summary temperature data for sections of Metolius and Minam Rivers; low risk bull trout streams |
| 77 | 00921-00921 | 10/16/03 | Attachment 3: Summary temperature data for the McKenzie river |
| 78 | 00922-00922 | 10/15/03 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Rock creek data, with one attachment |
| 79 | 00923-00924 | 10/15/03 | Attachment: Summary temperature data for Rock Creek in the Powder Basin |
| 80 | 00925-00928 | 10/02/03 | Email from Shelley Spalding, FWS Lacey, Washington, to Elizabeth Materna, FWS, re: Status of the revised Oregon temperature standards |
| 81 | 00929-00930 | 09/25/03 | Email from Elizabeth Materna, FWS, to Adrianne Allen, EPA, re: Bull trout spawning criteria issue from our draft bull trout recovery plan, October 2002 |
| 82 | 00931-00932 | 09/18/03 | Email from Alan Mauer, FWS, to Elizabeth Materna, FWS, re: Bull trout question related to Oregon temperature criteria |
| 83 | 00933-00933 | 09/18/03 | Email from John Bowerman, FWS, to Elizabeth Materna, FWS, re: Bull trout question related to Oregon temperature criteria |
| 84 | 00934-00934 | 09/17/03 | Email from Carmen Thomas, FWS, Elizabeth Materna, FWS, re: Bull trout question related to Oregon temperature criteria |
| 85 | 00935-00935 | 09/10/03 | Email from Elizabeth Materna, FWS to Dru Keenan, EPA re: Bull trout spawning times in the Pine River Basin |
| 86 | 00936-00938 | 08/12/03 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Powder and Malheur summer max map changes |
| 87 | 00939-00939 | 08/11/03 | Email from Elizabeth Materna, FWS, to Tracy Harrison, ODEQ, re: Powder and Malheur summer max map, with one attachment |
| 88 | 00940-00940 | 08/11/03 | Attachment: Critical period fish use designations Powder and Malheur basins, Oregon; draft 8/8/03 map |
| 89 | 00941-00941 | 08/08/03 | Email from Tracy Harrison, ODEQ to Chris Mebane, NMFS, re: Klamath summer max map, with one attachment |

| 90 | 00942-00942 | 08/08/03 | Attachment: Critical period, fish use designations Klamath basin, Oregon, Draft 8/8/03 |
|---|---|---|---|
| 91 | 00943-00944 | 08/07/03 | Email from Audrey Hatch, OSU to Elizabeth Materna, FWS, re: Pine creek basin, no timing information |
| 92 | 00945-00945 | 08/06/03 | Email from Audrey Hatch, OSU to Elizabeth Materna, FWS, re: Pine Creek Basin, no timing information, with one attachment |
| 93 | 00946-00946 | 08/06/03 | Attachment: ODFW Timing Table, Pine Creek non-anadromous species |
| 94 | 00947-00951 | 08/06/03 | Email from Dru Keenan, EPA to Elizabeth Materna, FWS re: Timing of the bull trout spawning below reservoirs |
| 95 | 00952-00952 | 08/06/03 | Email from John Palmer, EPA to Dru Keenan, EPA re: Final draft of where/when decision rules, with one attachment |
| 96 | 00953-00954 | 08/06/03 | Attachment: Final draft of decision rules to designate pacific salmon and bull trout beneficial uses in Oregon |
| 97 | 00955-00955 | 08/05/03 | Email from Alan Mauer, FWS, to Elizabeth Materna, FWS, re: Lahontan cutthroat trout temperatures |
| 98 | 00956-00956 | 08/05/03 | Email from Alan Mauer, FWS, to Elizabeth Materna, FWS, re: Lahontan cutthroat trout contacts |
| 99 | 00957-00958 | 08/04/03 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Classification of the non-anadromous endangered species |
| 100 | 00959-00959 | 08/01/03 | Email from Jeff Lockwood, NMFS to Dru Keenan, EPA re: Meeting notes from conference call on 07/30/03, with one attachment |
| 101 | 00960-00961 | 08/01/03 | Attachment: Notes from where and when conference call 07/30/03 |
| 102 | 00962-00964 | 07/31/03 | Email from Debra Sturdevant, OSU to Chris Mebane, NMFS re: Prime, sub-prime or cooler habitat |
| 103 | 00965-00965 | 07/30/03 | Email from Dru Keenan, EPA to Elizabeth Materna, FWS re: Spawning rules II, with one attachment |
| 104 | 00966-00967 | 07/30/03 | Attachment: Draft version 2 spawning rules |
| 105 | 00968-00969 | 07/29/03 | Email from Chris Mebane, NMFS to Tracy Harrison, ODEQ re: Please respond revised decision rules, with one attachment |
| 106 | 00970-00971 | 07/29/03 | Attachment: Decision rule for mapping salmonid uses 7/28/03 revision |
| 107 | 00972-00972 | 07/28/03 | Email from Jennifer Weaver, ODEQ, to Bill Blosser, re: Last call on Division 41 revisions, with one attachment |
| 108 | 00973-01060 | 07/28/03 | Attachment: Draft #5 (July 28, 2003) ODEQ water pollution Division 41 water quality standards: beneficial uses, policies, and criteria for Oregon |
| 109 | 01061-01061 | 07/25/03 | Email from Cedric Cooney, OSU, to Bill Bogue, EPA, re: Response to questions from the July 15-16 where/when meeting, with one attachment |
| 110 | 01062-01066 | 07/25/03 | Attachment: Questions with answers from the EPA When/Where meeting on July 15th and 16th |
| 111 | 01067-01068 | 07/25/03 | Email from Debra Sturdevant, ODEQ to William Bogue, EPA, re: Bull trout proposal, ODEQ, ODFW, and FWS data overlay, with one attachment |
| 112 | 01069-01118 | 07/25/03 | Attachment: Bull Trout Habitat Designation Technical Work Group Recommendations, Final July 2003 |
| 113 | 01119-01121 | 07/25/03 | Email from Debra Sturdevant, ODEQ to John Palmer, EPA re: New spawning proposal |
| 114 | 01122-01122 | 07/24/03 | Email from Emily Smith, ODEQ, to William Bogue, EPA, re: Bull trout issues |

| 115 | 01123-01124 | 07/23/03 | Email from John Palmer, EPA to Chris Mebane, NMFS, re: New spawning proposal |
|---|---|---|---|
| 116 | 01125-01126 | 07/22/03 | Email from Emily Smith, ODEQ, to Elizabeth Materna, FWS, re: Bull trout critical habitat map changes |
| 117 | 01127-01129 | 07/22/03 | Email from Debra Sturdevant, ODEQ to William Bogue, EPA re: Bull trout spawning mapping and assigning values to diversions with one attachment |
| 118 | 01130-01130 | 07/22/03 | Attachment: Preliminary John Day basin summer maximum stream temperature criteria for protection of salmon and trout core rearing and migration and bull trout spawning map |
| 119 | 01131-01131 | 07/15/03 | Email from John Bowerman, FWS, to Elizabeth Materna, FWS, re: Minor changes to bull trout critical habitat in the Klamath Basin |
| 120 | 01132-01132 | 07/14/03 | Email from Carmen Thomas, FWS to Elizabeth Materna, FWS re: Revisions to the proposed critical habitat map for the recovery unit |
| 121 | 01133-01133 | 07/11/03 | Email from Dru Keenan, EPA to Elizabeth Materna, FWS re: Decision rules justifications assumptions, with one attachment |
| 122 | 01134-01135 | 07/11/03 | Attachment: Decision rule assumptions to date |
| 123 | 01136-01136 | 07/10/03 | Email from Alan Mauer, FWS to Elizabeth Materna, FWS re: Revisions to the proposed critical habitat map for the recovery unit |
| 124 | 01137-01138 | 07/07/03 | Email from Debra Sturdevant, ODEQ, to Elizabeth Materna, FWS, re: Temperature standard issues to resolve |
| 125 | 01139-01141 | 07/07/03 | Attachment: Temperature standard issues |
| 126 | 01142-01170 | 07/07/03 | Attachment:  July 7 draft temperature rule language |
| 127 | 01171-01174 | 07/01/03 | Email from Elizabeth Materna, FWS, to Carmen Thomas, FWS, re: Reservoirs in the Pine Creek Basin |
| 128 | 01175-01178 | 07/01/03 | Email from Carmen Thomas, FWS to Elizabeth Materna, FWS re: Mehlhorn and Clear creek reservoirs |
| 129 | 01179-01180 | 06/26/03 | Email from Debra Sturdevant, ODEQ, to John Palmer, EPA, re: Willamette basin 18/16 rule |
| 130 | 01181-01182 | 06/23/03 | Email from Paul Bridges, FWS, to Elizabeth Materna, FWS, re:  bull trout spawning below reservoirs |
| 131 | 01183-01184 | 06/19/03 | Email from Anne Walker, FWS, to Elizabeth Materna, FWS, re:  bull trout spawning below reservoirs |
| 132 | 01185-01186 | 06/18/03 | Email from Chris Allen, FWS, to Elizabeth Materna, FWS, re:  bull trout spawning below reservoirs |
| **Data Considered but not Cited** | | | |
| 133 | 01187-01187 | 11/05/03 | ODEQ Draft Grande Ronde Spawning map, 11/05/2003 draft |
| 134 | 01188-01188 | 11/05/03 | ODEQ Draft Grande Ronde Summer Max map, 11/05/2003 draft |
| 135 | 01189-01189 | 11/05/03 | ODEQ Draft Klamath Summer Max map, 11/05/2003 draft |
| 136 | 01190-01190 | 11/05/03 | ODEQ Draft Malheur Summer Max map, 11/05/2003 draft |
| 137 | 01191-01196 | 10/01/03 | Chandler, J.A., M.A. Fedora, and T.R. Walters. 2001. Pre- and Post-Spawn Movements and Spawning Observations of Resident Bull Trout in the Pine Creek Watershed, Eastern Oregon.  In Brewin, M.K., A.J. Paul, and M. Mond+E327a, eds. Bull Trout II Conference Proceedings 167-172. |
| 138 | 01197-01214 | 07/07/03 | FWS draft bull trout maps with ODEQ overlay and written comments. |
| 139 | 01215-01216 | 05/19/03 | Data Inventory of Salmonid Life Stage Distribution and Timing |
| 140 | 01217-01312 | 01/00/03 | ODEQ, Final Temperature Study in the John Day Basin for 2001 |
| 141 | 01313-01313 | 11/29/02 | Federal Register Notice, Vol. 67. No. 230, Proposed Rule bull trout critical habitat Unit 5-Hood River Basin map with written comments |

| | | | |
|---|---|---|---|
| 142 | 01314-01380 | 01/31/01 | Summary Report: State conservation measure 7 year 2000 field study of anadromous salmonid spawning season water temperature regimes in the Imnaha river basin: series of summary temperature graphs for Weneha and Imnaha Rivers and Catherine Creek |
| 143 | 01381-01389 | 06/22/01 | ODEQ Temperature Data - McKenzie River at Dearborn Is Rd bridge above South Fork McKenzie RM 60 |
| 144 | 01390-01391 | 06/22/01 | ODEQ Temperature Data - Horse Creek at bridge on Horse Cr Rd |
| 145 | 01392-01394 | 06/02/01 | ODEQ Temperature Data - McKenzie River at Ranger Station |
| 146 | 01395-01397 | 05/30/01 | ODEQ Temperature Data - McKenzie River above Trail bridge Reservoir |
| 147 | 01398-01400 | 05/19/01 | ODEQ Temperature Data - RM 29.02 Metolius River u/s of Bridge 99 |
| 148 | 01401-01403 | 05/19/01 | ODEQ Temperature Data - RM38.27 Metolius River d/s of Tract C Bridge |
| 149 | 01404-01406 | 05/09/01 | ODEQ Temperature Data - Metolius River North of Camp Sherman Bridge 99 |
| 150 | 01407-01410 | 05/09/01 | ODEQ Temperature Data - Metolius River u/s of mouth of Canyon Creek |
| 151 | 01411-01413 | 05/09/01 | ODEQ Temperature Data - RM 38.34 Metolius River at Track C Bridge |
| 152 | 01414-01416 | 05/09/01 | ODEQ Temperature Data - RM 31.47 Metolius River at old water intake pipe near Wizard Falls Fish Hatchery |
| 153 | 01417-01423 | 12/20/00 | ODEQ Temperature Data - South Fork McKenzie River Near Rainbow, OR |
| 154 | 01424-01425 | 09/00/98 | ODEQ Temperature Data - Powder River Basin, Rock Creek u/s of Camp Lee |
| 155 | 01426-01427 | 07/09/98 | ODEQ Temperature Data - SF McKenzie River at Natl. Forest Rte. 19 Bridge |
| 156 | 01428-01429 | 00/00/98 | ODEQ Temperature Data - Wenaha Subbasin- 1998 |
| 157 | 01430-01432 | 08/01/96 | ODEQ Temperature Data - Blue River at Blue River Drive |
| 158 | 01433-01435 | 08/01/96 | ODEQ Temperature Data - McKenzie River at Hwy 126 btwn Koosah Falls and Clear Lake |
| 159 | 01436-01438 | 00/00/00 | ODEQ Temperature Data - RM 11.94 Metolius River u/s of Gauging Station |
| 160 | 01439-01441 | 00/00/00 | ODEQ Temperature Data - RM 35.45 Metolius River at Gorge Campground |
| 161 | 01442-01444 | 00/00/00 | ODEQ Temperature Data - RM 39.20 Metolius River d/s of headwater springs |
| 162 | 01445-01445 | 00/00/00 | Pacific Northwest Reservoir System |
| 163 | 01446-01446 | 00/00/00 | Map of Upper Klamath Basin |
| 164 | 01447-01447 | 00/00/00 | Changes needed to Draft Hood Recovery Unit and Critical Habitat map for finalization. |
| 165 | 01448-01450 | 00/00/00 | Information for Hood River Basin bull trout map |
| 166 | 01451-01456 | 00/00/00 | Comments of bull trout proposed critical habitat Hood River Basin |
| 167 | 01457-01459 | 00/00/00 | FWS Tables -  List of current local bull trout populations in the North, Middle, and Upper John Day River sub watershed |
| 168 | 01460-01461 | 00/00/00 | FWS Table comparing  9 °C date with documented spawn times |
| **Literature Cited** | | | |
| 169 | 01462-01477 | 07/01/96 | Batt, P.E., 1996. State of Idaho Bull Trout Conservation Plan. Office of the Governor, Boise, ID. |

| | | | |
|---|---|---|---|
| 170 | 01478-01509 | 00/00/96 | Baxter, J.S. and J.D. McPhail. 1996. Bull trout spawning and rearing habitat requirements: summary of the literature. Fisheries technical circular no. 98. Fisheries Branch, British Columbia Ministry of Environment, Lands and Parks, Vancouver. |
| 171 | 01510-01516 | 00/00/99 | Baxter, J.S. and J.D. McPhail. 1999. The influence of redd site selection, groundwater upwelling, and over-winter incubation temperature on survival of bull trout (Salvelinus confluenrus) from egg to alevin. Canadian Journal of Zoology 77:1233-1239. |
| 172 | 01517-01618 | 12/05/90 | Berman, C.H. 1990. Effect of elevated holding temperatures on adult spring chinook salmon reproductive success. MS Thesis. University of Washington. Seattle. |
| 173 | 01619-01669 | 09/00/77 | Bjornn, T.C. 1977. Transport of Granitic Sediment in Streams and Its Effects on Insects and Fish. Research Technical Completion Report. Project B-036-IDA. |
| 174 | 01670-01675 | 00/00/87 | Boag, T.D. 1987. Food habits of bull char, Salvelinus confluentus, and rainbow trout, Salmon gairdneri, coexisting in a foothills stream in northern Alberta. Canadian Field- Naturalist 101(1): 56-62. |
| 175 | 01676-01679 | 00/00/92 | Bond, C.E. 1992. Notes on the nomenclature and distribution of the bull trout and the effects of human activity on the species. Pages 1-4 in Howell, P.J. and D.V. Buchanan, eds. Proceedings of the Gearhart Mountain bull trout workshop. Oregon Chapter of the American Fisheries Society, Corvallis, OR. |
| 176 | 01680-01682 | 00/00/96 | Bonneau, J.L. and D.L. Scarnecchia. 1996. Distribution of juvenile bull trout in a thermal gradient of a plunge pool in Granite Creek, Idaho. Transactions of the American Fisheries Society 125: 628-630. |
| 177 | 01683-01692 | 00/00/97 | Brewin, P.A. and M. K. Brewin. 1997. Distribution Maps for Bull Trout in Alberta. Pages 209-216 in Mackay, W.C., M.K. Brewin and M. Monita. Friends of the bull Trout Conference Proceedings. |
| 178 | 01693-01805 | 03/00/92 | Brown, L.G. 1992. On the zoogeography and life history of Washington native charr Dolly Varden (Salvelinus malma) and bull trout (Salvelinus confluentus). Washington Department of Wildlife, Fisheries Management Division Report, Olympia, Washington. |
| 179 | 01806-01814 | 00/00/97 | Buchanan, D.V., and S.V. Gregory. 1997. Development of water temperature standards to protect and restore habitat for bull trout and other cold water species in Oregon. Pages 119-126 in Mackay, W.C., M.K. Brewin, and M. Monita, eds. Friends of the bull trout conference proceedings. Bull Trout Task Force (Alberta), do Trout Unlimited Canada, Calgary. |
| 180 | 01815-01999 | 10/00/97 | Buchanan, D.V., M.L. Hanson, and R.M. Hooton. 1997. Status of Oregon's bull trout, distribution, life history, limiting factors, management considerations and status. Oregon Department of Fish and Wildlife. |
| 181 | 02000-02010 | 01/00/02 | Carnefix, G. 2003. Montana's fish species of special concern: bull trout. |
| 182 | 02011-02029 | 00/00/78 | Cavender, T. M. 1978. Taxonomy and distribution of the bull trout, Salvelinus confluentus (Suckley), from the American Northwest. California Fish and Game. |
| 183 | 02030-02038 | 00/00/73 | Coutant, C.C. 1973. Effects of thermal shock on vulnerability of juvenile salmonids to predation. J. Fish. Res. Bd. Canada 30: 965-973. |

| | | | |
|---|---|---|---|
| 184 | 02039-02054 | 10/05/94 | Crane, P.A., L.W. Seeb, and J.E. Seeb. 1994. Genetic relationships among Salvelinus species inferred from allozyme data. Canadian Journal of Fisheries and Aquatic Sciences 51:182-197. |
| 185 | 02055-02064 | 00/00/93 | Donald, D.B. and D.J. Alger. 1993. Geographic distribution, species displacement, and niche overlap for lake trout and bull trout in mountain lakes. Canadian Journal of Zoology 71: 238-247. |
| 186 | 02065-02109 | 04/30/99 | Dunham, J. 1999. Stream temperature criteria for Oregon's Lahontan cutthroat trout Oncorhynchus clarki henshawi - final report. Prepared for Oregon Department of Environmental Quality, Portland, OR. April 30, 1999. |
| 187 | 02110-02187 | 01/00/98 | Flatter, B. 1998. Life history and population status of migratory bull trout (Salvelinus confluenrus) in Arrowrock Reservoir, Idaho. Prepared for U.S. Bureau of Reclamation by Idaho Department of Fish and Game, Nampa, Idaho. |
| 188 | 02188-02290 | 00/00/89 | Fraley, J.J., and B.B. Shepard. 1989. Life history, ecology and population status of migratory bull trout (Salvelinus confluenrus) in the Flathead Lake and River System, Montana. Northwest Science 63(4): 133-143. |
| 189 | 02291-02325 | 00/00/68 | Fulton, L.A. 1968. Spawning areas and abundance of Chinook salmon, Oncorhynchus tshawytscha, in the Columbia River basin — past and present. U.S. Fish and Wildlife Service, Special Scientific Report, Fisheries. 571:26. |
| 190 | 02326-02344 | 00/00/96 | Gammett, B. 1996, Draft Part 2: Overview by Species. |
| 191 | 02345-02652 | 05/00/99 | Gammett, B. 1999. The History and Status of Fisheries in the Little Lost River drainage, Idaho. Miscellaneous information contained in draft report. US Forest Service. |
| 192 | 02653-02657 | 08/16/97 | Gilpin, M. 1997. Connectivity on the Clark Fork: The bigger picture. |
| 193 | 02658-02715 | 02/00/89 | Goetz, F. 1989. Biology of the bull trout, Salvelinus confluentus, a literature review. Willamette National Forest. Eugene, Oregon. |
| 194 | 02716-02723 | 00/00/90 | Greene, P.M., N. Billington, and P.D.N. Hebert. 1990. Phylogenetic relationships among members of Salvelinus inferred from Mitochondrial DNA divergence. Can. J. Fish. Aquat. Sci. 47: 984-991. |
| 195 | 02724-02744 | 00/00/91 | Haas, G.R., and J.D. McPhail. 1991. Systematics and distributions of Dolly Varden (Salvelinus malma) and bull trout (Salvelinus confluenrus) in North America. Can. J. Fish. Aquatic Sciences 48: 2191- 2211. |
| 196 | 02745-02811 | 01/00/89 | Hoelscher, B. and T.C. Bjomn. 1989. Habitat, densities and potential production of trout and char in Pend Oreille Lake tributaries. Project F-71-R-10, Subproject III, Job No. 8. Idaho Department of Fish and Game, Boise, ID. |
| 197 | 02812-02881 | 00/00/92 | Howell, P.J. and D.V. Buchanan, eds. 1992. Proceedings of the Gearhart Mountain bull trout workshop. Oregon Chapter of the American Fisheries Society, Corvallis, OR. Kann, J. 1998. Klamath Tribes, Chiloquin, Oregon. EPA personal communication. |
| 198 | 02882-03007 | 05/00/95 | Jakober, M. 1995. Autumn and Winter Movement and Habitat Use of Resident Bull Trout and Westslope Cutthroat Trout in Montana. |

| | | | |
|---|---|---|---|
| 199 | 03008-03034 | 11/00/96 | Klamath Tribes Natural Resources Department. 1996. Draft, A synopsis of the early life history and ecology of catostomids, with a focus on the Williamson River Delta |
| 200 | 03035-03040 | 00/00/97 | Leary, R.F. and F.W. Allendorf. 1997. Genetic confirmation of sympatric bull trout and Dolly Varden in western Washington. Transactions of the American Fisheries Society 126:715-720. |
| 201 | 03041-03248 | 10/00/82 | Leathe, S.A. and P. Graham. 1982. Flathead Lake Fish Food Habits Study. Environmental Protection Agency, through Steering Committee for the Flathead River Basin Environmental Impact Study. |
| 202 | 03249-03262 | 00/00/93 | Maret, T.R., T.A. Burton, G.W. Harvey. and W.H. Clark. 1993. Field testing of new monitoring protocols to assess brown trout spawning habitat in an Idaho stream. N. Am. J. Fish. Man. 13:567-580. |
| 203 | 03263-03365 | 08/00/88 | Mauser, G.R., R.W. Vogelsang, and C.L. Smith. 1988. Enhancement of Trout in Large North Idaho Lakes. Idaho Department of Fish and Game. Project # F-73-R-10. |
| 204 | 03366-03654 | 02/22/99 | McCullough, D.A. 1999. A review and synthesis of effects of alterations to the water temperature regime on freshwater life stages of salmonids, with special reference to chinook salmon. Prepared for the U.S. Environmental Protection Agency, Region 10, Seattle, Washington. |
| 205 | 03655-03691 | 00/00/96 | McPhail, J.D., and J.S. Baxter. 1996. A Review of Bull Trout (Salvelinus confluentus) Life-history and Habitat Use in Relation to Compensation and improvement Opportunities. University of British Columbia. Fisheries Management Report #104. |
| 206 | 03692-03824 | 12/00/79 | McPhail, J.D., and C.B. Murray. 1979. The early life-history and ecology of Dolly Varden (Salvelinus malma) in the Upper Arrow Lakes. Department of Zoology and Institute of Animal Resources, University of British Columbia, Vancouver, British Columbia. |
| 207 | 03825-03922 | 07/00/93 | Monda, D. and M.K. Saiki. 1993. Tolerance of Juvenile Lost River and Shortnose Suckers to High pH, Ammonia concentration, and Temperature, and to Low Dissolved Oxygen concentration. USFWS Report for US Bureau of Reclamation. July 1995. |
| 208 | 03923-03930 | 00/00/88 | Moyle, P. and J. Cech, Jr. 1988. Fishes: an introduction to ichthyology. Prentice Hall, Inc., New Jersey. |
| 209 | 03931-04096 | 06/00/95 | ODEQ (Oregon Department of Environmental Quality). 1995. Dissolved Oxygen. Final Issue Paper. 1992-1994 Water quality standards review. Standards and Assessment Section, Portland, Oregon. |
| 210 | 04097-04119 | 04/26/01 | ODEQ (Oregon Department of Environmental Quality). 2003. A Summary of the discussion and findings of ODEQ's Technical Advisory Committee on Water Quality Criteria for Temperature. Oregon Department of Environmental Quality, Portland, Oregon. |
| 211 | 04120-04132 | 06/00/96 | ODFW (Oregon Department of Fish and Wildlife). 1996. Species at Risk: Sensitive, Threatened and Endangered Vertebrates of Oregon. ODFW, Portland. |
| 212 | 04133-04136 | 00/00/89 | Phillips, R. B., K.A. Pleyte, and P.E. Ihssen. 1989. Patterns of chromosomal nuclear organizer region (NOR) variation in fishes of the genus Salvelinus. Copeia, 1989: 47-53. |

| | | | |
|---|---|---|---|
| 213 | 04137-04144 | 06/02/92 | Pleyte, K.A., S.D. Duncan, and R. B. Phillips. 1992, Evolutionary relationships of the salmonids fish genus Salvellinus inferred from DNA sequences of the first internal transcribed spacer (ITS 1) of ribosomal DNA |
| 214 | 04145-04152 | 00/00/92 | Pratt, K.L. 1992. A Review of bull trout life history. 00. 5-9. In Proceedings of the Gearhart Mountain Bull Trout Workshop, ed. Howell, P.J. and D.V. Buchanan. Gearhart Mountain, OR.Corva]lis, OR: Oregon Chapter of the American Fisheries Society. August 1992. |
| 215 | 04153-04222 | 00/00/85 | Pratt, K.L. 1985. Pend Oreille trout and char life history study. Idaho Department of Fish and Game, Boise, Idaho. |
| 216 | 04223-04422 | 12/01/93 | Pratt, K.L., and J.E. Huston. 1993. Status of bull trout (Salvelinus confluenrus) in Lake Pend Oreille and the lower Clark Fork River: (draft report) Prepared for the WWPC, Spokane, WA. |
| 217 | 04423-04430 | 00/00/92 | Ratliff, D. E. and P.J. Howell, 1992. The status of bull trout populations in Oregon. Proceeding of the Gearhart mountain bull trout workshop. |
| 218 | 04431-04490 | 05/00/96 | Rich, C.F., Jr. 1996. Influence of abiotic and biotic factors on occurrence of resident bull trout in fragmented habitats, western Montana. MS thesis, Montana State University, Bozeman, MT. |
| 219 | 04491-04500 | 00/00/01 | Rieman, B.E. and F.W. Allendorf. 2001 (in press) Effective population size and Genetic conservation criteria for bull trout. |
| 220 | 04501-04508 | 11/00/97 | Rieman, B., and J. Clayton. 1997. Wildfire and native fish: issues of forest health and conservation of sensitive species. Fisheries 22(1 1):6-15. |
| 221 | 04509-04547 | 02/16/99 | Reiman, B., and G. Chandler. 1999. Empirical evaluation of temperature effects on bull trout distribution in the Northwest. Final Report. Contract No. 12957242-01-0. U.S. Environmental Protection Agency, Boise, ID. |
| 222 | 04548-04589 | 09/00/93 | Rieman, B.E., and J.D. Mcintyre. 1993. Demographic and habitat requirements of bull trout Salvelinus confluenrus. General Technical Report INTGTR- 302. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, Utah. |
| 223 | 04590-04601 | 05/00/95 | Rieman, B.E., and J.D. McIntyre. 1995. Occurrence of bull trout in naturally fragmented habitat patches of varied size. Transactions of the American Fisheries Society 124:285-296. |
| 224 | 04602-04611 | 00/00/96 | Rieman, B.E. and J.D. McIntyre. 1996. Spatial and temporal variability in bull trout redd counts. North American J. of Fisheries Manage. 16: 132-141. |
| 225 | 04612-04615 | 01/30/97 | Rieman, BE. and D.L. Myers. 1997. Use of redd counts to detect trends in bull trout (Salvelinus confluentus) populations. Conservation Biology 11:1015-1018. |
| 226 | 04616-04630 | 00/00/97 | Reiman, B.E., Lee, D. and R.F. Thurow. 1997. Distribution, status and likely future trends of bull trout within the Columbia River and Kiamath River basins. North American J. of Fisheries Manage. 17:1111-1125. |
| 227 | 04631-04911 | 00/00/00 | Risser, P.O. 2000. Oregon State of the Environment Report. Oregon Progress Board. |
| 228 | 04912-04968 | 00/00/98 | Scheerer P.D. and 0. D. Apke. 1998. Oregon Chub Research (1997): Middle Fork Willarnette and Santiam River Drainages. Annual Progress Report. Fish Research Projects. Oregon. |

| | | | |
|---|---|---|---|
| 229 | 04969-04992 | 00/00/99 | Scheerer, P. 1999. Oregon chub research in the Willamette Valley 1991-1999. Oregon Department of Fish and Wildlife, Corvallis, OR. |
| 230 | 04993-05087 | 00/01/00 | Scheerer, P. D and P.J. McDonald. 2000. Oregon Chub Research: Middle Fork Willamette and Santiam River Drainages. Contract #W66QKZ93345985. Oregon Department of Fish and Wildlife. Corvallis, Oregon. |
| 231 | 05088-05117 | 00/00/03 | Scheerer, P., P.S. Kavanagh, and K. Jones. 2003. Oregon Department of Fish and Wildlife Annual Progress Report on Oregon chub. Project Number E-2-35. |
| 232 | 05118-05131 | 00/00/86 | Scoppettone G.G. 1986. Upper Klamath Lake, Oregon Catostoinid Research. Completion Report, U.S. Fish and Wildlife Service, National Fisheries Research Center, Seattle, WA |
| 233 | 05132-05147 | 00/00/91 | Sedell, J.R. and R.L. Beshta. 1991. Bringing back the "bio" in bioengineering. Pages 160-175 in Colt, J. and S. Dendrall eds., Fisheries Bioengineering: Proceedings of the Symposium. American Fisheries Society Special Publication Number 10. |
| 234 | 05148-05153 | 00/00/91 | Sedell, J.R. and F.H. Everest. 1991. Historic changes in pool habitat for Columbia River Basin salmon under study for TES listing. Draft USDA Report. Pacific Northwest Research Station. Corvallis, OR. |
| 235 | 05154-05165 | 00/00/01 | Selong, J.H., T.E. McMahon, A.V. Zale, and F.T, Barrows. 2001. Effect of temperature on growth and survival of bull trout, with application of an improved method for determining thermal tolerance in fishes. Transactions of the American Fisheries Society. 130: 1026-1037. |
| 236 | 05166-05175 | 00/00/97 | Sexauer, H.M., and P.W. James. 1997. Microhabitat Use by Juvenile Trout in Four Streams Located in the Eastern Cascades, Washington. Pages 361-370 in W.C. Mackay, M.K. Brown and M. Monita (eds.). Friends of the Bull Trout Conference Proceedings. Bull Trout Task Force (Alberta), do Trout Unlimited Calgary, Canada. |
| 237 | 05176-05186 | 00/00/84 | Shepard, B.B., S.A. Leathe, T.M. Weaver, and M.D. Enk. 1984. Monitoring levels of fine sediment within tributaries of Flathead Lake and impacts of fine sediment on bull trout recruitment. Proceedings of the Wild Trout III Symposium, Yellowstone National Park, Wyoming. |
| 238 | 05187-05191 | 00/00/82 | Simpson, J.C., and R.L. Wallace. 1982. Fishes of Idaho. University Press of idaho. Moscow, ID. |
| 239 | 05192-05356 | 12/00/96 | Spence, B.C., G.A. Lomnicky, R.M. Hughes, R.P. Novitzki. 1996. An ecosystem approach to salmonid conservation. TR-4501-96-6057. ManTech Environmental Research Services Corp., Corvallis, OR. |
| 240 | 05357-05373 | 00/00/96 | Stednick, J.D. 1996. Monitoring the effects of timber harvest on annual water yield. Journal of Hydrology 176:79-95. |
| 241 | 05374-05385 | 00/00/97 | Swanberg, T.R. 1997. Movements of and Habitat use by fluvial bull trout in the Blackfoot River, Montana. Transactions of the American Fisheries Society 126:735-746. |
| 242 | 05386-05490 | 08/00/92 | Thomas, G. 1992. Status of bull trout in Montana. Report prepared for Montana Department of Fish, Wildlife and Parks, Helena, Montana. |

| | | | |
|---|---|---|---|
| 243 | 05491-05711 | 07/00/92 | Underwood, K.D., S.W. Martin, M.L. Schuck, and A.T. Scholz. 1992. Investigations of bull trout (Salvelinus confluentus), steelhead trout (Oncorhynchus mykiss), and spring shinook slamon (0. tshawytscha) interactions in southeast Washington Streams. 1991 Annual Report. U.S. Department of Energy, Bonneville Power Administration, Division of Fish and Wildlife. Project No. 90-053, Contract No. DE-BI79-91BP17758 |
| 244 | 05712-05774 | 04/05/97 | USBOR (U.S. Bureau of Reclamation). 1997. Biological report on the Klamath project 1997 operations plan. USBR, Mid-Pacific Region, Kiamath Basin Area Office. |
| 245 | 05775-05827 | 04/00/86 | USEPA (U.S. Environmental Protection Agency). 1986. Ambient water quality criteria for dissolved oxygen. EPA 440/5-86-003. Office of Water Regulations and Standards, Criteria and Standards Division, Washington DC. |
| 246 | 05828-05973 | 09/15/98 | USEPA (U.S. Environmental Protection Agency). 1998. Biological assessment of the revised Oregon water quality standards for dissolved oxygen, temperature, and pH. U.S. Environmental Protection Agency, Seattle, WA. |
| 247 | 05974-05978 | 06/11/85 | USFWS (U.S. Fish and Wildlife Service). 1985. Endangered and threatened wildlife and plants; determination of endangered status and critical habitat for the Modoc sucker, Final Rule, June 11, 1985 |
| 248 | 05979-06089 | 04/00/93 | USFWS (U.S. Fish and Wildlife Service). 1993. Lost River (Deltistes luxatus) and shortnose (Chasmistes brevirostris) sucker Recovery Plan. Portland, Oregon. |
| 249 | 06090-06246 | 01/00/95 | USFWS (U.S. Fish and Wildlife Service). 1995. Lahontan cutthroat trout, Oncorhynchus clarki henshawi, Recovery Plan. Portland, Oregon 147 pp. |
| 250 | 06247-06342 | 09/03/98 | USFWS (U.S. Fish and Wildlife Service). 1998a. Recovery plan for the Oregon chub (Oregonichthys crameri). U.S. Fish and Wildlife Service, Portland, OR. 59 pages. |
| 251 | 06343-06441 | 04/27/98 | USFWS (U.S. Fish and Wildlife Service). 1998b. Recovery plan for the native fishes of the Warner Basin and Alkali subbasin. U.S. Fish and Wildlife Service, Portland, OR. 86 pp. |
| 252 | 06442-06497 | 07/01/99 | USFWS (U.S. Fish and Wildlife Service). 1999. Oregon water quality standards ESA consultation. U.S. Department of the Interior, US. Fish and Wildlife Service, Oregon State Office, Portland, OR. July 1, 1999. |
| 253 | 06498-06500 | 00/00/02 | USFWS (U.S. Fish and Wildlife Service). 2002a. Bull trout (Salvelinus confluentus) endangered species fact sheet. |
| 254 | 06501-06647 | 10/00/02 | USFWS (U.S. Fish and Wildlife Service). 2002b. Bull trout (Salvelinus confluentus) Draft Recovery Plan. Portland, Oregon |
| 255 | 06648-06650 | 00/00/03 | USFWS (U.S. Fish and Wildlife Service). 2003a. Lahontan cutthroat trout (Oncorhynchus clarki henshawi) endangered species fact sheet. |
| 256 | 06651-06653 | 00/00/03 | USFWS (U.S. Fish and Wildlife Service). 2003b. Oregon chub (Oregonichthys crameri) endangered species fact sheet. |
| 257 | 06654-07024 | 03/00/98 | USFWS (U.S. Fish and Wildlife Service) and NMFS (National Marine Fisheries Service). 1998. Consultation handbook: procedures for conducting consultation and conference activities under Section 7 of the Endangered Species Act. |

| | | | |
|---|---|---|---|
| 258 | 07025-07039 | 03/00/62 | Vaux, W.G. 1962. Interchange of stream and intragravel water in a salmon spawning riffle. Special Scientific Report — Fisheries No. 405. U.S. Dept. of the Interior, Fish and Wildlife Service. |
| 259 | 07040-07114 | 03/00/97 | WDFW (Washington Department of Fish and Wildlife). 1997. Grandy creek trout hatchery biological assessment, bald eagle, marbled murrelet, northern spotted owl, spotted frog, bull trout |
| 260 | 07115-07558 | 07/00/98 | WDFW (Washington Department of Fish and Wildlife). 1998. Washington State Salmonid Stock Inventory - Bull Trout/Dolly Vardin. |
| 261 | 07559-07574 | 05/00/97 | Watson, G., and T.W. Hillman. 1997. Factors affecting the distribution and abundance of bull trout: and investigation at hierarchical scales. North American Journal of Fisheries Management 17:237-252. |
| 262 | 07575-07580 | 00/00/73 | Wedemeyer, G. 1973. Some physiological aspects of sublethal heat stress in the juvenile steelhead trout (Salmo gairdneri) and coho salmon (Oncorhynchus kisutch). J. Fish. Res. Bd. Canada 30:831-834. |
| 263 | 07581-07581 | 03/01/01 | Werdon, S., U.S. Fish and Wildife Service. 2001. email message. BTRP citations |
| 264 | 07582-07591 | 00/00/60 | Whitmore, C.M., C.E. Warren, and P. Doudoroff. 1960. Avoidance reactions of salmonid and centrarchid fishes to low oxygen concentrations. Transactions of the American Fisheries Society. 89(1):17-26. |
| 265 | 07592-07603 | 00/00/92 | Ziller, J.S. 1992. Distribution and relative abundance of bull trout in the Sprague River subbasin, Oregon. Pages 18-29 in Howell, P.J. and D.V. Buchanan, editors. Proceedings of the Gearhart Mountain bull trout workshop. Oregon Chapter of the American Fisheries Society, Corvallis, OR. |

### Documents Included in NMFS' or EPA's Administrative Records That Are Also Part of FWS' Administrative Record But Are Not Physically Provided With This Record.

| | | | |
|---|---|---|---|
| | NMFS AR Doc. 22   EPA AR   Doc. 156 | 00/00/87 | Chapman, D. W. and McLeod, K.P. 1987. Development of Criteria for Fine Sediment in the Northern Rockies Ecoregion, Final Report EPA, contract No. 68-01-6986.  EPA910/9-87-162 |
| | NMFS AR Doc. 27 | 07/00/03 | Dewberry, T.C.  2003.  Development and application of anchor habitat approaches to salmon conservation:  A synthesis of data and observation from the Siuslaw watershed, coastal Oregon. Unpublished draft report.  Portland, Oregon. 16 p. July. |
| | NMFS AR Doc. 30   EPA AR   Doc. 96 | 03/00/01 | Ecotrust, Oregon Trout, and The Wild Salmon Center.  2000.  A Salmon Anchor Habitat Strategy for the Tillamook and Clatsop State Forests.  Updated Version, March 2001.  Portland, Oregon.  29 p. plus appendices. |
| | NMFS AR Doc. 39   EPA AR   Doc. 163 | 06/00/81 | Hollender, B. A. 1981.  Embryo Survival, Substrate Composition, and Dissolved Oxygen in Redds of Wild Brook Trout.  M. S. Thesis, Univ. of Wisconsin |
| | EPA AR   Doc. 108 | 09/19/02 | Myrick, Christopher A., et al. Sept. 19,  2002.  Bull Trout Temperature Thresholds Peer Review Summary |
| | NMFS AR Doc. 69   EPA AR   Doc. 101 | 02/26/02 | Oregon Department of Fish and Wildlife, 1:24K Fish Habitat Distribution Development Project Procedures Manual |

| | | | |
|---|---|---|---|
| | EPA AR Doc. 64 | 02/04/04 | U.S. EPA Biological Evaluation of the Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegradation, Amended Final, prepared for USFWS and NMFS by EPA, Region 10 |
| | NMFS AR Doc. 31   EPA AR   Doc. 104 | 04/00/03 | U.S. EPA Region 10 Guidance for Pacific Northwest State and Tribal Temperature Water Quality Standards, April 2003, EPA 910-B-03-002 |
| | NMFS AR Doc. 81   EPA AR   Doc. 121 | 05/00/01 | U.S. EPA Issue Paper 1: Salmonid Behavior and Water Temperature, Prepared as Part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project, EPA-910-D-01-001, May 2001 |
| | NMFS AR Doc. 28   EPA AR   Doc. 122 | 05/00/01 | U.S. EPA Issue Paper 2: Salmonids Distribution and Temperature, Prepared as Part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project, EPA-910-D-01-002, May 2001 |
| | NMFS AR Doc. 74   EPA AR   Doc. 117 | 10/00/01 | U.S. EPA Issue Paper 3: Spatial and Temporal Patterns of Stream Temperature, Prepared as Part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project,  EPA-910-D-01-003, Oct. 2001 |
| | NMFS AR Doc. 47   EPA AR   Doc. 123 | 05/00/01 | U.S. EPA Issue Paper 4: Temperature Interaction, Prepared as Part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project, EPA-910-D-01-004, May 2001 |
| | NMFS AR Doc. 52   EPA AR   Doc. 124 | 05/00/01 | U.S. EPA Issue Paper 5: Summary of Technical Literature Examining the Physiological Effects of Temperature on Salmonids, Prepared as Part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project, EPA-910-D-01-005, May 2001 |
| | NMFS AR Doc. 98   EPA AR   Doc. 119 | 08/00/01 | U.S. EPA  Technical Synthesis: Scientific Issues Relating to Temperature Criteria for Salmon, Trout, and Char Native to the Pacific Northwest: A Summary Report Submitted to the Policy Workgroup of the EPA Region 10 Water Temperature Criteria Guidance Project, EPA-910-D-01-007 |
| | EPA AR Doc. 95 | 00/00/72 | National Academy of Sciences. 1972.  Water Quality Criteria 1972 A Report of the Committee on Water Quality Criteria, Environmental Studies Board, National Academy of Sciences. U.S. Environmental Protection Agency. EPA.R3.73. |
| | EPA AR Doc. 159 | 04/00/86 | U.S. EPA.  1986.  Ambient Water Quality Criteria for Dissolved Oxygen (Freshwater), Office of Water Regulations and Standards, Criteria and Standards Division, EPA 440/5-86-003 |