KARIN J. IMMERGUT (OSB No. 96314)
United States Attorney
District of Oregon
**JIM SUTHERLAND** (OSB No. 68160)
jim.sutherland@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1194 (tel) / (503) 727-1117 (fax)

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
**MICHAEL J. ZEVENBERGEN** (WSB 21292)
michael.zevenbergen@usdoj.gov
U.S. Department of Justice
c/o NOAA/Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6607 (tel) / (206) 526-6665 (fax)
**MEREDITH L. FLAX** (DCB 468016)
meredith.flax@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404 (tel) / (202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES' NOTICE OF FILING                                        Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NORTHWEST ENVIRONMENTAL
ADVOCATES, a non-profit corporation,

                    Plaintiff,

                  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, NATIONAL MARINE
FISHERIES SERVICE, and UNITED STATES
FISH AND WILDLIFE SERVICE,

                   Defendants.

_____

Civ. No. 05-1876-HA

UNITED STATES' NOTICE
OF FILING NMFS'S
CERTIFIED INDEX OF ITS
AMENDED
ADMINISTRATIVE
RECORD

      Pursuant to the October 5, 2006 Scheduling Order in this matter, notice is hereby

provided to the Court and the parties that the United States is hereby filing NMFS's

certified index to its amended administrative record.  The Certified Index To NMFS's

Amended Administrative Record is attached to this Notice of Filing as Attachment A.  In

order to lessen the burden on the Court of managing the large administrative record, the

administrative record documents themselves will not be filed with the Court.  Instead, the

United States intends to file all administrative record documents cited by the parties in

their summary judgment briefs as excerpts of record at the conclusion of the briefing

schedule.  Conversely, if the Court prefers to receive documents cited in the briefs prior

to the conclusion of the briefing, the United States will work with the other parties to

facilitate prompt delivery of those documents on the schedule desired by the Court.

UNITED STATES' NOTICE OF FILING                            Page 2

Copies of NMFS's amended administrative record documents are being mailed today to counsel for the parties identified in the Certificate of Service.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division


/s/ *Meredith L. Flax*
MEREDITH FLAX
United States Department of Justice
P.O. Box 7369
Washington, DC  20044-7369
(202) 305-0404
E-mail: Meredith.Flax@usdoj.gov

MICHAEL J. ZEVENBERGEN
United States Department of Justice
c/o NOAA/Damage Assessment
7600 Sand Point Way, NE
Seattle, WA  98115
(206) 526-6607
E-mail: michael.zevenbergen@usdoj.gov

Attorneys for United States of America

Dated: November 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I caused a true copy of the UNITED

STATES' NOTICE OF FILING NMFS'S CERTIFIED INDEX OF ITS AMENDED

ADMINISTRATIVE RECORD to be served on each of the following named persons at

his or her last known addresses in the manner indicated below:

Melissa Powers                          [ ] Via Hand Delivery
PACIFIC ENVIRONMENTAL                    [ ] Via E-mail
ADVOCACY CENTER                          [ ] Via First-Class mail, postage pre-paid
10015 S.W. Terwilliger Blvd.             [ ] Via Overnight Mail
Portland, OR  97219                      [X]  Notice of electronic filing using
powers@clark.edu                              CM/ECF

Alison LaPlante                          [ ] Via Hand Delivery
PACIFIC ENVIRONMENTAL                    [ ] Via E-mail
ADVOCACY CENTER                          [ ] Via First-Class mail, postage pre-paid
10015 S.W. Terwilliger Blvd.             [ ] Via Overnight Mail
Portland, OR  97219                      [X]  Notice of electronic filing using
laplante@clark.edu                            CM/ECF

Karen Moynahan                           [ ] Via Hand Delivery
Oregon Department of Justice             [ ] Via E-mail
1162 Court St., NE                       [ ] Via First-Class mail, postage pre-paid
Salem, OR 97301-4096                     [ ] Via Overnight Mail
karen.moynahan@doj.state.or.us           [X]  Notice of electronic filing using
                                              CM/ECF

Laura Maffei, R.G.                       [ ] Via Hand Delivery
Attorney at Law                          [ ] Via E-mail
Schwabe Williamson & Wyatt               [ ] Via First-Class mail, postage pre-paid
1211 SW 5th Ave., Suites 1600-1900       [ ] Via Overnight Mail
Portland, OR 97204                       [X]  Notice of electronic filing using
Lmaffei@SCHWABE.com                           CM/ECF


                                    /s/ *Meredith L. Flax*
                                    MEREDITH L. FLAX


UNITED STATES' NOTICE OF FILING                                    Page 4

**ATTACHMENT A**

U.S. DEPARTMENT OF COMMERCE

Form CD-64
(Revised)
Prescribed by
DAO 201.17

Portland, Oregon
November 9, 2006

I HEREBY CERTIFY that the annexed is a true copy of the administrative record for the
Biological Opinion on EPA's Proposed Approval of Revised Oregon Water Quality Standards for
Temperature, Intergravel Dissolved Oxygen, and Antidegradation Implementation Methods
(February 23, 2004), on file in the Oregon State Habitat Office of the Habitat Conservation
Division, National Marine Fisheries Service, 1201 Lloyd Boulevard, Suite 1100, Portland, OR
97232.

Michael Tehan

State Director
Oregon State Habitat Office
Habitat Conservation Division
National Marine Fisheries Service
Northwest Region

I HEREBY CERTIFY that Michael Tehan, who signed the foregoing certificate, is now
and was at the time of signing, a custodian of records,  National Marine Fisheries Service,
Northwest Region, Oregon State Habitat Office, Portland, Oregon, and that full faith and credit
should be given to his certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of
the Department of Commerce to be affixed this 9th day of November, two thousand six.

For the SECRETARY OF COMMERCE:

Certifying Officer

SEAL

USCOMM-DC 1359-P71

**ADMINISTRATIVE RECORD INDEX**
**For National Marine Fisheries Service's February 24, 2004, Biological Opinion and**
**Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat**
**Consultation on EPA's Approval of Revised Oregon Water Quality Standards for**
**Temperature, Intergravel Dissolved Oxygen and Antidegradation Implementation**
**Methods**
**NMFS Tracking Nos.:**
**[F/NWR/2003/01568] (ESA)**
**[F/NWR/2004/00087] (EFH)**

A. NMFS Documents

| NO. | DATE | DOCUMENT |
|---|---|---|
| 1. | 2/23/2004 | Letter to Randall F. Smith, EPA from D. Robert Lohn, NMFS, re: Biological Opinion on EPA's Proposed Approval of Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegradation Implementation Methods |
| 2. | 2/23/2004 | Endangered Species Act – Section 7 Consultation Biological Opinion & Magnuson Stevens Fishery Conservation and Management Act Essential Fish Habitat Consultation: EPA's Approval of Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegradation Implementation Methods, February 23, 2004. |
| 2a. | 2/10/2004 | Draft Biological Opinion on EPA's Proposed Approval of Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegration Implementation Methods [2003/01568 (ESA) & 2004/00087 (EFH)] |
| 3. | 2/4/2004 | Email from Chris Mebane, NMFS, to Robert C. Anderson, NMFS, re: Reference for ODEQ temperature data<br><br>Att. 1:  16v18doc (Comparison of continuous-temperature data and temperature modeling with proposed Oregon "colder-water" salmon and steelhead trout rearing" beneficial use designations |
| 4. | 1/29/2004 | Email from Mark Charles, DEQ, to Jeff Lockwood, NMFS re: DEQ Temperature Letter No. 2 (pertains to draft of February 4, 2004 letter from Michael Llewelyn, DEQ, to Randy Smith, EPA) |

| 5. | 1/29/2004 | Email to Mark Charles, DEQ, Marylou Soscia, EPA, Adrianne Allen, EPA, Cara Lalley, EPA, Danielle Tillman, EPA, Dru Keenan, EPA, Elizabeth Materna, EPA, Jeff Lockwood, NMFS, John Hocjjeimer, Tetratech, John Palmer, EPA, Keith Cohon, EPA, Kellie Kubena, EPA, Maryellen Levine, EPA, Mindy Gampel, EPA, Mark Morris, EPA, Melanie Rowland, NMFS GCNW, Paula Vanhaagen, EPA, Robert C. Anderson, NMFS, Stephanie Thornton, EPA, Steve Ellis, Tetratech, Debra Sturdevant, DEQ, Ralph Stephen, EPA, Ted Buerger, FWS, Tom Townsend, EPA, Tonya Fish, EPA, William Bogue, EPA, and Nancy Wilson, EPA, from Jeff Lockwood, NMFS re: DEQ Temperature Letter No. 2 (pertains to draft of February 4, 2004 letter from Michael Llewelyn, DEQ, to Randy Smith, EPA) |
| 5a. | 11/20/2003 | E-mail to Debra Sturdevant, ODEQ, from Jeffrey Lockwood, NMFS, re: issue or clarification – protecting cold water |
| 6. | 11/19/2003 | Email to Jeff Lockwood, NMFS, from Dan Gambetta, NMFS, re: IGDO paper analysis |
| 7. | 11/18/2003 | Email to Jeff Lockwood, NMFS, from Dan Gambetta, NMFS, re: thermal shock |
| 8. | 10/2/2003 | Letter to Michael T. Llewelyn, ODEQ, (Attn. Emily Smith), from Michael Tehan, NMFS, re: Comments on Draft Proposed Revisions to the Oregon Water Quality Criteria for Temperature and Intergravel Dissolved Oxygen, and Antidegradation Provisions |

B. EPA Documents

| NO. | DATE | DOCUMENT |
|-----|------|----------|
| 9. | 2/4/2004 | Letter to Michael Tehan, NMFS, and Kemper McMaster, USFWS, from Randall Smith, EPA, re: Transmittal of Biological Evaluation of the Revised Oregon Water Quality Standards<br><br>Att. 1:  Biological Evaluation of the Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegradation, Amended Final, prepared for USFWS and NMFS by EPA, Region 10 [See State Document Section E (Document numbers 104-115) of this index for color versions of maps included in Appendix B]. |
| 9a. | 1/29/2004 | E-mail to Jeffrey Lockwood, NMFS, from MaryLou Soscia, EPA, Re: The DEQ Letter |

| 10. | 1/9/2004 | Letter to Michael Tehan, NMFS, and Kemper McMaster, USFWS, from Randall Smith, re: Transmittal of 12/16/03 Biological Evaluation of the Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegradation<br><br>Att. 1:  Biological Evaluation of the Revised Oregon Water Quality Standards for Temperature, Intergravel Dissolved Oxygen, and Antidegradation prepared for USFWS and NMFS by EPA, Region 10 December 19, 2003 |
| 10a. | 11/06/2003 | E-mail to Jeffrey Lockwood, NMFS, from Dru Keenan, EPA, re: thermal shock provision – DEQ draft rule of 11/6/03 |
| 11. | 10/10/2003 | Environmental Protection Agency Proposed Rule and Preamble: Water Quality Standards for Oregon, 40 CFR Part 131; http://www.epa.gov/fedrgstr/EPA-WATER/2003/October/Day-10/w25525.htm |
| 12. | 10/3/2003 | Letter to Michael Llewelyn, DEQ, from Ranall Smith, EPA, re: Comments on Oregon's Proposed Revisions to OAR Division 41, Water Quality Standards: Beneficial Uses, Policies and Criteria for Oregon. |

C. Other Documents

| NO. | DATE | DOCUMENT |
|-----|------|----------|
| 13. | 2/24/2004 | Letter to Randy Smith, EPA, from Olney Patt, Jr., CRFITC, re: Concerns regarding ongoing Oregon Water Quality Standards review process.<br><br>Attachment A: Technical Comments and Concerns |
| 14. | 2/24/2004 | Fax to Jeff Lockwood, NMFS, Michael Tehan, NMFS, Cathy Tortorici, NMFS, Robert C. Anderson, NMFS, Ritchie Graves, NMFS, Brian Brown, NMFS, D. Anderson, NMFS, and Gary Sims, NMFS from Greg Haller, Nez Perce Water Resources Division re: Letter to EPA |
| 15. | 2/10/2004 | Letter to Randy Smith, EPA, and Michael Crouse, NMFS, from Melissa Powers and Stephanie Parent, Pacific Environmental Advocacy Center re: Deficiencies in Oregon's recent water quality standards revision process. |
| 16. |  | NMFS determined that these documents were not part of the administrative record and removed them after the contractor had scanned and numbered the documents.  It was not possible to renumber the remaining documents. |

| 17. | 8/29/2003 | Letter to Mike Llewelyn, ODEQ, from William H. Burke, Confederated Tribes of the Umatilla Indian Reservation Tribal Water Commisssion, re: Comments on the Proposed Changes to Water Quality Standards, OAR 340-041 and related matters. |

D. Scientific Literature

| NO. | DATE | DOCUMENT |
|-----|------|----------|
| 18. | 1995 | Botkin, D., K. Cummins, T. Dunne, H. Regier, M. Sobel, and L. Talt. 1995. Status and future of salmon of western Oregon and northern California: Findings and options. Report #8. The Center for the Study of the Environment, Santa Barbara, California. http://www.naturestudy.org/services/publica.htm |
| 19. | 1965 | Brannon, E.L. 1965. The influence of physical factors on the development and weight of sockeye salmon embryos and alevins. Progress Report No. 12. International Pacific Salmon Fisheries Commission, New Westminster, B.C., Canada. |
| 20. | 1996 | Busby, P. J., T. C. Wainwright, G. J. Bryant, L. Leirheimer, R. S. Waples, F. W. Waknitz, and I. V. Lagomarsino. 1996. Status review of west coast steelhead from Washington, Idaho, Oregon, and California. U.S. Dep. Commer., NOAA Tech. Memo. NMFS-NWFSC-27. 281 p. |
| 21. | 1985 | Carson, K.A. 1985. A model of salmonid egg respiration. M.S. thesis. Agricultural and Chemical Engineering Department, Colorado State University, Fort Collins. 108 p. |
| 22. | 1987 | Chapman, D.W. and K.P. McLeod. 1987. Development of criteria for fine sediment in the Northern Rockies ecoregion. Final Report. EPA contract no. 68-01-6986. |
| 23. | 1994 | Chapman, D., C. Pevan, T. Hillman, A. Giorgi, and F. Utter. 1994. Status of summer steelhead in the mid-Columbia River. Don Chapman Consultants, Inc., Boise, Idaho. |
| 24. | 1961 | Coble, D.W. 1961. Influence of water exchange and dissolved oxygen on survival of steelhead trout embryos. Trans. Am. Fish. Soc. 90(4):469-474. |
| 25. | 2002 | Cooney, T.D. 2002. UCR steelhead and spring chinook salmon quantitative analysis report. Part 1: Run reconstructions and preliminary assessment of extinction risk. National Marine Fisheries Service, Hydro Program, Technical Review Draft, Portland, Oregon. |
| 26. | 1973 | Coutant, C.C. 1973. Effects of thermal shock on vulnerability of juvenile salmonids to predation. J. Fish. Res. Bd. Canada 30:965-973. |
| 27. | 2003 | Dewberry, T.C. 2003. Development and application of anchor habitat approaches to salmon conservation: A synthesis of data and observation from the Siuslaw watershed, coastal Oregon. Unpublished draft report. Portland, Oregon. 16 p. July. |

| 28. | 2001 | Dunham, J., J. Lockwood, and C. Mebane.  2001.  Salmonid Distribution and Temperature.  Issue Paper 2.  Prepared as part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project.  EPA-910-D-01-002.  U.S. Environmental Protection Agency, Region 10, Seattle, Washington.  22 p. |
|-----|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 29. | 1971 | Ebel, W.J., E.M. Dawley, and B.H. Monk.  1971.  Thermal tolerance of juvenile Pacific salmon and steelhead trout in relation to supersaturation of nitrogen gas.  United States Fisheries Bulletin 69(4):833-843. |
| 30. | 2000 | Ecotrust, Oregon Trout, and The Wild Salmon Center.  2000.  A Salmon Anchor Habitat Strategy for the Tillamook and Clatsop State Forests.  Updated Version, March 2001.  Portland, Oregon.  29 p. plus appendices. |
| 31. | 2003 | EPA (Environmental Protection Agency).  2003.  EPA Region 10 Guidance for Pacific Northwest State and Tribal Temperature Water Quality Standards.  U.S. Environmental Protection Agency, Region 10, Office of Water, Seattle, WA.  49 p.  www.epa.gov/r10earth/temperature.htm |
| 32. | 1895 | Evermann, B.W.  1895.  A preliminary report upon salmon investigations in Idaho in 1894.  U.S. Fish Commission Bulletin 15:253-284. |
| 33. | 1993 | FEMAT (Forest Ecosystem Management Assessment Team).  1993.  Forest ecosystem management; and ecological, economic, and social assessment. Report of the Forest Ecosystem Management Assessment Team.  U.S. Government Printing Office 1993-793-071.  U.S. Government Printing Office for the U.S.D.A. Forest Service; U.S. Department of Interior, Fish and Wildlife Service, Bureau of Land Management, and National Park Service; U.S. Department of Commerce, National Oceanic and Atmospheric Administration and National Marine Fisheries Service; and the U.S. Environmental Protection Agency. |
| 34. | 2003 | Fish Passage Center.  2003.  Fish Passage Center annual report–2002.  Fish Passage Center, Columbia River Basin Fish and Wildlife Authority, Portland, OR. |
| 35. | 1968 | Fulton, L.A. 1968.  Spawning areas and abundance of Chinook salmon, *Oncorhynchus tshawytscha*, in the Columbia River basin–past and present.  U.S. Fish and Wildlife Service, Special Scientific Report, Fisheries 571:26. |
| 36. | 1970 | Fulton, L.A. 1970.  Spawning areas and abundance of steelhead trout and coho, sockeye, and chum salmon in the Columbia River basin–past and present.  U.S. Fish and Wildlife Service, Special Scientific Report, Fisheries 618. |
| 37. | 1987 | Hassler, T.J.  1987.  Species profiles: Life histories and environmental requirements of coastal fishes and invertebrates (Pacific Southwest) – coho salmon.  U.S. Fish Wildl. Serv. Biol. Rep. 82(11.70).  U.S. Army Corps of Engineers, TR EL-82-4.  19 p.  http://www.nwrc.usgs.gov/wdb/pub/0132.pdf |
| 38. | 1994 | Henjum, M.G. and seven others.  1994.  Interim protection for late-successional forests, fisheries and watersheds.  National Forests east of the Cascade crest, Oregon and Washington.  A report to the United States Congress and the President.  The Wildlife Society, Bethesda, MD.  www.wildlife.org/publications/index.cfm?tname=pubs&pubid=pub05 |
| 39. | 1981 | Hollender, B.A. 1981.  Embryo Survival, Substrate Composition and Dissolved Oxygen in Redds of Wild Brook Trout.  University of Wisconsin, Stevens Point.  87 p. |

| 40. | 1985 | Howell, P., K. Jones, D. Scarnecchia, L. LaVoy, W. Knedra, and D. Orrmann. 1985.  Stock assessment of Columbia River anadromous salmonids, 2 volumes. Final Report to Bonneville Power Administration, Portland, Oregon (Project 83-335). |
| 41. | 1993 | Jackson, P.L. 1993. Climate.  P. 48-57 in:  Jackson, P.L and A. J. Kimerling (eds.). Atlas of the Pacific Northwest.  Oregon State University Press, Corvallis, Oregon. |
| 42. | 1997 | Johnson, O.W., W.S. Grant, R.G. Cope, K. Neely, F.W. Waknitz, and R.S. Waples. 1997.  Status review of chum salmon from Washington, Oregon, and California. U.S. Dept. Commer., NOAA Tech. Memo.  NMFS-NWFSC-32.  280 p. |
| 43. | 1997 | Lee, D.C., JR.  Sedell, B.E. Reiman, R.F. Thurow, J.E. Williams.  1997. Broadscale assessment of aquatic species and habitats.  P. 1058-1496 in:  T.M. Quigley and S.J. Arbelbide, eds.  An Assessment of Ecosystem Components in the Interior Columbia Basin and portions of the Klamath and Great Basins.  U.S. Forest Service General Technical Report PNW-GTR-405. Portland, OR. http://www.icbemp.gov/science/scipubs.shtml |
| 44. | 1993 | Maret, T.R., T.A. Burton, G.W. Harvey, and W.H. Clark.  1993.  Field testing of new monitoring protocols to assess brown trout spawning habitat in an Idaho stream.  N. Am. J. Fish. Man. 13:567-580. |
| 45. | 1943 | Marr, J.C.  1943.  Age, length, and weight studies of three species of Columbia River salmon (*Oncorhynchus keta, O. gorbuscha and O. kisutch*).  Stanford Ichthyological Bulletin 2:157-197. |
| 46. | 1969 | Mason, J.C.  1969.  Hypoxial stress prior to emergence and competition among coho salmon fry.  J. Fish. Res. Bd. Canada 26:63-91. |
| 47. | 2001 | Materna, E.  2001.   Issue paper 4: temperature interaction.  Prepared as part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project.  EPA-910–D-01-004.  U.S. Environmental Protection Agency, Region 10, Seattle, Washington.  33 p. |
| 48. | 1991 | Matthews, G. M., and R. S. Waples.  1991.  Status review for Snake River spring and summer chinook salmon.  U.S. Dep. Commer., NOAA Tech. Memo.  NMFS F/NWC-200.  75 p. http://www.nwfsc.noaa.gov/publications/techmemos/tm200/tm200.htm |
| 49. | 1948 | Mattson, C.R. 1948.  Spawning ground studies of Willamette River spring Chinook salmon. Fish Commission of Oregon Research Briefs 1(2):21-32. |
| 50. | 2000 | McClure, M., B. Sanderson, E. Holmes, C. Jordan, P. Kareiva, and P. Levin. 2000.  Revised Appendix B of standardized quantitative analysis of the risks faced by salmonids in the Columbia River basin.  National Marine Fisheries Service, Northwest Fisheries Science Center, Seattle, Washington. |
| 51. | 1999 | McCullough, D.A.  1999.  A review and synthesis of effects of alterations to the water temperature regime on freshwater life stages of salmonids, with special reference to chinook salmon.  Prepared for the U.S. Environmental Protection Agency, Region 10, Seattle, Washington.  279 p. |

| 52. | 2001 | McCullough, D.A., S. Spalding, D. Sturdevant, and M. Hicks. 2001. Issue paper 5: Summary of technical literature examining the physiological effects of temperature on salmonids. Prepared as part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project. EPA-910-D-01-005. U.S. Environmental Protection Agency, Region 10, Seattle, Washington. 114 p. |
|---|---|---|
| 53. | 1994 | McIntosh, B.A., J.R. Sedell, J.E. Smith, R.C. Wissmar, S.E. Clarke, G.H. Reeves, and L.A. Brown. 1994. Management history of eastside ecosystems: Changes in fish habitat over 50 years, 1935 to 1992. USDA Forest Service, Pacific Northwest Research Station, General Technical Report PNW-GTR-321. February. |
| 54. | 2000 | McElhany, P., M. Ruckleshaus, M. J. Ford, T. Wainwright, and E. Bjorkstedt. 2000. Viable Salmon Populations and the Recovery of Evolutionarily Significant Units. U.S. Dept. Commer., NOAA Technical Memorandum NMFS-NWFSC-42. 156 p. http://www.nwfsc.noaa.gov/publications/techmemos/tm42/tm42.pdf |
| 55. | 1950 | McKernan, D.L., and C.R. Mattson. 1950. Observations on pulp and paper effluents and the probable effects of this pollutant on the fisheries resources of the Willamette River in Oregon. Fish Commission of Oregon, Fish Commission Research Briefs 3(1):14-21. |
| 56. | 1998 | Myers, J.M., R.G. Kope, G.J. Bryant, D. Teel, L.J. Lierheimer, T.C. Wainwright, W.S. Grant, F.W. Waknitz, K. Neely, S.T. Lindley, and R.S. Waples. 1998. Status review of Chinook salmon from Washington, Idaho, Oregon, and California. NMFS-NWFSC-35. U.S. Dept. Commer., NOAA Technical Memorandum. 443 p. http://www.nwfsc.noaa.gov/publications/techmemos/index.cfm |
| 57. | 1996 | National Research Council. 1996. Upstream–Salmon and Society in the Pacific Northwest. National Academy Press, Washington, D.C. |
| 58. | 1992 | Nickelson, T.E., J.D. Rodgers, S.L. Johnson, and M.F. Solazzi. 1992. Seasonal changes in habitat use by juvenile coho salmon (*Oncorhynchus kisutch*) in Oregon coastal streams. Canadian J. Fish. Aquat. Sci. 49:783-789. |
| 59. | 1995 | NOAA Fisheries (NOAA's National Marine Fisheries Service). 1995. Proposed recovery plan for Snake River salmon. Protected Resources Division, Portland, Oregon. |
| 60. | 1999 | NOAA Fisheries (NOAA's National Marine Fisheries Service). 1999a. Biological and conference opinion. Approval of Oregon water quality standards for dissolved oxygen, temperature, and pH. National Marine Fisheries Service, Northwest Region, Seattle, WA. |
| 61. | | NMFS determined that these documents were not part of the administrative record and removed them after the contractor had scanned and numbered the documents. It was not possible to renumber the remaining documents. |

| 62. | 1999 | NOAA Fisheries (NOAA's National Marine Fisheries Service). 1999. The habitat approach. Implementation of section 7 of the Endangered Species Act for actions affecting the habitat of Pacific anadromous salmonids. Northwest Region, Habitat Conservation and Protected Resources Divisions. August 26. http://www.nwr.noaa.gov/1habcon/habweb/habguide/habitatapproach_081999.pdf |
|---|---|---|
| 63. | 2000 | NOAA Fisheries (NOAA's National Marine Fisheries Service. 2000. Biological Opinion. Reinitiation of Consultation on Operation of the Federal Columbia River Power System, Including the Juvenile Fish Transportation Program, and 19 Bureau of Reclamation Projects in the Columbia Basin. National Marine Fisheries Service, Northwest Region, Seattle, WA. http://bluefin.nmfs.noaa.gov/pls/pcts-pub/sxn7.pcts_upload.download?p_file=F16616/199901901_fcrps_coe(sections01-05)_12-21-2000.pdf |
| 64. | 1997 | Oregon Coastal Salmon Restoration Initiative. 1997. State of Oregon, Salem, Oregon. March 10. |
| 65. | 1999 | Oregon Department of Administrative Services. 1999. Oregon Economic and Revenue Forecast. Vol. XIX. No. 2. Office of Economic Analysis, Salem. |
| 66. | 1995 | ODEQ (Oregon Department of Environmental Quality). 1995. Dissolved Oxygen. Final Issue Paper. 1992-1994 Water quality standards review. Standards and Assessment Section, Portland, Oregon. |
| 67. | 2003 | ODEQ (Oregon Department of Environmental Quality). 2003. Oregon Department of Environmental Quality Laboratory Technical Services electronic database, Portland, Oregon. Accessed September 24 and October 24, 2003. http://www.deq.state.or.us/wq/lasar/LasarHome.htm |
| 68. | 1998 | ODFW (Oregon Department of Fish and Wildlife). 1998a. Briefing paper–Lower Columbia River chinook ESU. ODFW, Portland. October 13. |
| 69. | 2002 | ODFW (Oregon Department of Fish and Wildlife). 2002. 1:24K Fish Habitat Distribution Development Project Procedures Manual. Salem, Oregon. http://oregonstate.edu/dept/nrimp/24k/ |
| 70. | 2003 | ODFW (Oregon Department of Fish and Wildlife). 2003b. Coastal salmonid inventory project: coho abundance–stratified random sampling estimates for coastal river basins 1990-2002. http://oregonstate.edu/Dept/ODFW/spawn/coho.htm |
| 71. | 1994 | Phelps, S.R., L.L. LeClair, S. Young, and H.L. Blankenship. 1994. Genetic diversity patterns of chum salmon in the Pacific Northwest. Canadian J. Fish. Aquat. Sci. 51 (Suppl. 1):65-83. |
| 72. | 1962 | Phillips, R.W. and H.J. Campbell. 1962. The embryonic survival of coho salmon and steelhead trout as influenced by some environmental conditions in gravel beds. P. 60-73 in: 14th Annual Report. Pacific Marine Fisheries Commission, Portland, OR. 108 p. |
| 73. | 2001 | Poole, G.C., and C. Berman. 2001. An ecological perspective on in-stream temperature: natural heat dynamics and mechanisms of human-caused thermal degradation. Environmental Management 27(6):787-802. |

| 74. | 2001 | Poole, G., J. Risley, and M. Hicks.  2001.  Issue paper 3: Spatial and temporal patterns of stream temperature (revised).  EPA-910-D-01-003.  U.S. Environmental Protection Agency, Region 10, Seattle, Washington.  31 p. |
|-----|------|------|
| 75. | 1994 | Rhodes, J.J., D.A. McCullough, and F.A. Espinosa, Jr.  1994.  A coarse screening process for potential application in ESA consultations.  Columbia River Intertribal Fish Commission.  Prepared under NMFS/BIA Inter-Agency Agreement 40ABNF3.  December.  http://www.critfc.org/tech/94-4report.htmL |
| 76. | 1992 | Reisenbichler, R.R., J.D. McIntyre, M.F. Solazzi, and S.W. Landino.  1992.  Genetic variation in steelhead of Oregon and northern California.  Trans. Am. Fish. Soc. 121:158-169. |
| 77. | 1942 | Rich, W.H.  1942.  The salmon runs of the Columbia River in 1938.  Fisheries Bulletin 50:103-147. |
| 78. | 2000 | Risser, P.G.  2000.  Oregon State of the Environment Report.  Oregon Progress Board. |
| 79. | 1986 | Rombaugh, P.J.  1986.  Mathematical model for predicting the DO requirements of steelhead (*Salmo gairdneri*) embryos and alevins in hatchery incubators.  Aquaculture 59:119-137. |
| 80. | 1991 | Salo, E.O.  1991.  Life history of chum salmon, *Oncorhynchus keta*.  P. 231-309 in: C. Groot and L. Margolis, eds.  Pacific salmon life histories.  University of British Columbia Press, Vancouver, B.C. |
| 81. | 2001 | Sauter, S.T., J. McMillan, and J. Dunham.  2001.  Issue paper 1: Salmonid behavior and water temperature.  Prepared as part of EPA Region 10 Temperature Water Quality Criteria Guidance Development Project.  EPA-910-01-001.  U.S. Environmental Protection Agency, Region 10,  Seattle, Washington.  36 p. |
| 82. | 1986 | Schreck, C.B., H.W. Li, R.C. Jhort, and C.S. Sharpe. 1986.  Stock identification of Columbia River chinook salmon and steelhead trout.  Final report to Bonneville Power Administration, Portland, Oregon (Project 83-451). |
| 83. | 1980 | Skaugsett, A.E.  1980.  Fine organic debris and dissolved oxygen in streambed gravels in the Oregon Coast Range.  M.S. thesis.  Forest Engineering Department, Oregon State Univ., Corvallis.  77 p. |
| 84. | 1985 | Sowden, T.K. and G. Power.  1985.  Prediction of rainbow trout embryo survival in relation to groundwater seepage and particle size of spawning substrates.  Trans. Am. Fish. Soc. 114:804-812. |
| 85. | 1996 | Spence, B.C., G.A. Lomnicky, R.M. Hughes, R.P. Novitzki.  1996.  An ecosystem approach to salmonid conservation.  TR-4501-96-6057.  ManTech Environmental Research Services Corp., Corvallis, OR.  http://www.nwr.noaa.gov/1habcon/habweb/habguide/ManTech/front.htm |
| 86. | 1987 | Tang, J., M.D. Bryant, and E.L. Brannon.  1987.  Effect of temperature extremes on the mortality and development rates of coho salmon embryos and alevins.  Prog. Fish-Cult. 49(3):167-174. |
| 87. | 1980 | Turnpenny, A.W.H.and R. Williams.  1980.  Effects of sedimentation on the gravels of an industrial river system.  J. Fish. Biol. 17:681-693. |

| 88. | | NMFS determined that these documents were not part of the administrative record and removed them after the contractor had scanned and numbered the documents. It was not possible to renumber the remaining documents. |
|---|---|---|
| 89. | 1962 | Vaux, W.G. 1962. Interchange of stream and intragravel water in a salmon spawning riffle. Special Scientific Report – Fisheries No. 405. U.S. Dept. of the Interior, Fish and Wildlife Service. 11 p. |
| 90. | 1999 | Waples, R.S. 1999. Dispelling some myths about hatcheries. Fisheries 24(2):12-21. |
| 91. | 1991 | Waples, R.S., R.P. Jones, Jr., B.R. Beckman, and G.A. Swan. 1991a. Status review for Snake River fall chinook salmon. U.S. Department of Commerce, NOAA Tech. Memo. NMFS F/NWC-201. 73 p. |
| 92. | 1991 | Waples, R. S., O.W. Johnson, and R.P. Jones, Jr. 1991b. Status review for Snake River sockeye salmon. U.S. Department of Commerce, NOAA Technical Memorandum NMFS F/NWC-195. Prepared by the National Marine Fisheries Service, Northwest Fisheries Science Center, Seattle, WA. 14 p. |
| 93. | 1992 | WDF (Washington Department of Fisheries), WDW (Washington Department of Wildlife), and WWTIT (Western Washington Treaty Indian Tribes). 1993. Washington state salmon and steelhead stock inventory (SASSI), 1992. WDF, WDW, and WWTIT, Olympia. |
| 94. | 2000 | WDFW (Washington Department of Fish and Wildlife). 2000. Chum salmon: Columbia River chum salmon. Washington Department of Fish and Wildlife, Olympia, WA. Available online at: http://www.wa.gov/wdfw/fish/chum/chum-7.htm |
| 95. | 1973 | Wedemeyer, G. 1973. Some physiological aspects of sublethal heat stress in the juvenile steelhead trout (*Salmo gairdneri*) and coho salmon *(Oncorhynchus kisutch)*. J. Fish. Res. Bd. Canada 30:831-834. |
| 96. | 1995 | Weitkamp, L.A., T.C. Wainwright, G.J. Bryant, G.B. Milner, D.J. Teel, R.G. Kope, and R.S. Waples. 1995. Status review of coho salmon from Washington, Oregon, and California. NOAA Technical Memorandum NMFS-NWFSC-24. National Marine Fisheries Service, Northwest Fisheries Science Center, Coastal Zone and Estuarine Studies Division, Seattle, WA. |
| 97. | 1994 | Wissmar, R.C., J.E. Smith, B.A. McIntosh, H.W. Li, G.H. Reeves, and J.R. Sedell. 1994. Ecological health of river basins in forested regions of eastern Washington and Oregon. Gen. Tech. Rep. PNW-GTR-326. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, Oregon. 65 p. http://www.fs.fed.us/pnw/publications/popularpubs.shtml |
| 98. | 2001 | Water Temperature Criteria Technical Workgroup. 2001. Technical synthesis: scientific issues relating to temperature criteria for salmon, trout, and char native to the Pacific Northwest. A summary report submitted to the Policy Workgroup of the USEPA Region 10 Water Temperature Criteria Guidance project. EPA910R-01-007. U.S. Environmental Protection Agency, Region 10, Seattle, Washington. 21 p. |

E. State of Oregon Documents

| NO. | DATE | DOCUMENT |
|-----|------|----------|
| 99. | 2/4/2004 | Letter to Randy Smith, EPA, from Michael T. Llewelyn, ODEQ, re: Oregon Responses to EPA, Questions re: State's Water Quality Temperature Standards |
| 100. | 12/10/2003 | Letter to John Iani, EPA, from Stephanie Hallock, ODEQ, re: Oregon Submission of Revisions to the State Water Quality Standards (OAR 340-041) for EPA Review and Approval |
| 100a. | 11/13/2003 | E-mail to Jeffrey Lockwood, NMFS, from Debra Sturdevant, ODEQ, RE: thermal shock provision – DEQ draft rule of 11/6/03 |
| 101. | 11/10/2003 | Department of Environmental Quality Water Pollution Division 41 Water Quality Standards: Beneficial Uses, Policies, and Criteria for Oregon |
| 102. | 5/27/2003 | Life Stage Timing Criteria, Definitions, & Questions (from ODFW) |
| 103. | 5/27/2003 | Fish Habitat Distribution Development Project Primary Data Products – Descriptions and major attributes (from ODFW) |
| 104. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Deschutes Basin, Oregon (see Beneficial Use Maps folder) |
| 105. | 10/2003 | Salmonid Designation Use Map: Salmon, Steelhead & Bull Trout Spawning through Fry Emergence Use Designations, Deschutes Basin, Oregon (see Beneficial Use Maps folder) |
| 106. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Grande Ronde Basin, Oregon (see Beneficial Use Maps folder) |
| 107. | 10/2003 | Salmonid Designation Use Map: Salmon, Steelhead & Bull Trout Spawning through Fry Emergence Use Designations, Grande Ronde Basin, Oregon (see Beneficial Use Maps folder) |
| 108. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Hood Basin, Oregon (see Beneficial Use Maps folder) |
| 109. | 10/2003 | Salmonid Designation Use Map: Salmon, Steelhead & Bull Trout Spawning through Fry Emergence Use Designations, Hood Basin, Oregon (see Beneficial Use Maps folder) |
| 110. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, John Day Basin, Oregon (see Beneficial Use Maps folder) |
| 111. | 10/2003 | Salmonid Designation Use Map: Salmon, Steelhead & Bull Trout Spawning through Fry Emergence Use Designations, John Day Basin, Oregon (see Beneficial Use Maps folder) |
| 112. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Mid-Coast Basin, Oregon (see Beneficial Use Maps folder) |
| 113. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, Mid-Coast Basin, Oregon (see Beneficial Use Maps folder) |

| 114. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, North Coast Basin, Oregon (see Beneficial Use Maps folder) |
| 115. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, North Coast Basin, Oregon (see Beneficial Use Maps folder) |
| 116. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Sandy Basin, Oregon (see Beneficial Use Maps folder) |
| 117. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, Umpqua Basin, Oregon (see Beneficial Use Maps folder) |
| 118. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Umpqua Basin, Oregon (see Beneficial Use Maps folder) |
| 119. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, Sandy Basin, Oregon (see Beneficial Use Maps folder) |
| 120. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, South Coast Basin, Oregon (see Beneficial Use Maps folder) |
| 121. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, South Coast Basin, Oregon (see Beneficial Use Maps folder) |
| 122. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Umatilla Basin, Oregon (see Beneficial Use Maps folder) |
| 123. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, Umatilla Basin, Oregon (see Beneficial Use Maps folder) |
| 124. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Rogue Basin, Oregon (see Beneficial Use Maps folder) |
| 125. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, Rogue Basin, Oregon (see Beneficial Use Maps folder) |
| 126. | 10/2003 | Salmonid Designation Use Map: Salmonid Use Designations, Willamette Basin, Oregon (see Beneficial Use Maps folder) |
| 127. | 10/2003 | Salmonid Designation Use Map: Salmon & Steelhead Spawning through Fry Emergence Use Designations, Willamette Basin, Oregon (see Beneficial Use Maps folder) |