MELISSA POWERS (OSB # 02118)
ALLISON LAPLANTE (OSB # 02361)
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Phone (503) 768-6727, (503) 768-6894
Fax (503) 768-6642
powers@lclark.edu, laplante@lclark.edu

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation, | Civil No: 05-1876-HA |
| Plaintiff, | **(Proposed) SCHEDULING ORDER** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, NATIONAL MARINE FISHERIES SERVICE, a part of the National Oceanic and Atmospheric Administration, a part of the United States Department of Commerce, and UNITED STATES FISH AND WILDLIFE SERVICE, a part of the United States Department of the Interior, | |
| Defendants, and | |

Scheduling Order  – 1 –

THE STATE OF OREGON and NORTHWEST
PULP AND PAPER ASSOCIATION,

        Intervenor-Defendants.

HAGGERTY, Chief Judge:

The parties' Stipulated Motion for Extension of Pretrial Deadlines is GRANTED, and IT IS SO ORDERED THAT,

The following shall be the schedule for this action:

March 23, 2007: Deadline for Federal Defendants to file response to Plaintiff's Motion to Complete Administrative Records and (Alternative) Motion for Leave to Take Discovery.

April 6, 2007: Deadline for Plaintiff to file reply in support of Plaintiff's Motion to Complete Administrative Records and (Alternative) Motion for Leave to Take Discovery.

June 1, 2007: Close of discovery. The parties dispute whether Plaintiff is entitled to seek discovery in this case. Plaintiff shall seek leave of court prior to serving any discovery requests on any party. Defendant and Intervenor-Defendants reserve the right to object to discovery.

June 15, 2007: Deadline for Plaintiff to file any motions to supplement the Administrative Records.

July 1, 2007: Deadline for the parties to agree on the form and number of dispositive motions to be filed, or alternatively, to seek the Court's assistance (by motion or by requesting a scheduling conference) in establishing the form and number of dispositive motions to be filed.

July 31, 2007: Deadline for Plaintiff to file dispositive motions.

November 7, 2007: Deadline for Federal Defendants to file oppositions and cross-dispositive motions.

November 21, 2007: Deadline for Intervenor-Defendants to file oppositions and cross-dispositive motions.

February 1, 2008: Deadline for Plaintiff to file oppositions to cross-dispositive motions and replies on dispositive motions.

April 15, 2008: Deadline for Federal Defendants to file replies on cross-dispositive motions.

May 1, 2008: Deadline for Intervenor-Defendants to file replies on cross-dispositive motions.

DATED this _____ day of _____, 2006.

                                                                                       _____
                                                                                       Ancer L. Haggerty
                                                                                       United States District Judge

Submitted by:

Pacific Environmental Advocacy Center

By:   /s/ Allison LaPlante

Allison LaPlante (OSB # 02361)
*Attorney for Plaintiff*

Scheduling Order  – 3 –