DWIGHT C. HOLTON (OSB No. 09054)
Interim United States Attorney
District of Oregon
STEPHEN J. ODELL (OSB No. 90353)
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1197 (tel)  / (503) 727-1117 (fax)

IGNACIA S. MORENO
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
1961 Stout Street – 8th Floor
Denver, CO 80294
(303) 844-1498 (tel)  / (303) 844-1350 (fax)
MEREDITH L. FLAX (DCB 468016)
meredith.flax@usdoj.gov
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404 (tel)  / (202) 305-0275 (fax)

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | Civil No. 05-1876-HA |
| Plaintiff,<br>v. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants, | |
| THE STATE OF OREGON, | |
| Intervenor-Defendant, and | |
| NORTHWEST PULP AND PAPER ASSOCIATION, | |
| Intervenor-Defendant. | |

Pursuant to Local Rule 7.1, undersigned counsel certify that Plaintiff and Federal Defendants (collectively, "the Parties") have conferred and have reached an agreement on the subject matter of this motion. Currently, the parties are required to file a Joint Status Report by September 15, 2010 regarding whether they can agree on conditions of a court-ordered remand. See Doc. No. 233. For the reasons set forth in the accompanying Memorandum, the Parties jointly move the Court to extend the deadline for filing the Joint Status Report from September 15, 2010 to September 24, 2010. Intervenor-Defendants the State of Oregon and Northwest Pulp and Paper Association do not oppose this motion.

Dated this 14th day of September, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/ Allison LaPlante | /s/ Meredith L. Flax |
| ALLISON LAPLANTE (OSB # 02361) | MEREDITH L. FLAX (DCB 468016) |
| DANIEL P. MENSHER (OSB # 07463) | meredith.flax@usdoj.gov |
| Pacific Environmental Advocacy Center | U.S. Department of Justice |
| 10015 SW Terwilliger Blvd. | Environment & Natural Resources Division |
| Portland, OR 97219 | Wildlife & Marine Resources Section |
| (503)768-6894, (503)768-6926 | Ben Franklin Station, P.O. Box 7369 |
| (503) 768-6642 (fax) | Washington, D.C. 20044-7369 |
| laplante@lclark.edu, dmensher@lclark.edu | (202) 305-0404 (tel) / (202) 305-0275 (fax) |
| Attorneys for Plaintiff | MARK A. NITCZYNSKI (CSB 20687) |
| | mark.nitczynski@usdoj.gov |
| | U.S. Department of Justice/ENRD |
| | 1961 Stout Street - 8th Floor |
| | Denver, CO 80294 |
| | (303) 844-1498 (tel)/ (303) 844-1350 (fax) |
| | Attorneys for Federal Defendants |

CERTIFICATE OF SERVICE

       I hereby certify that on September 14, 2010, I caused a true copy of the foregoing to be served on each of the following counsel in the manner indicated below:

Daniel P. Mensher  
PACIFIC ENVIRONMENTAL ADVOCACY CENTER  
10015 S.W. Terwilliger Blvd.  
Portland, OR  97219  
dmensher@lclark.edu  
[ ] Via Hand Delivery  
[ ] Via E-mail  
[ ] Via First-Class mail, postage pre-paid  
[ ] Via Overnight Mail  
[X] Court notice of electronic filing via CM/ECF  

Alison LaPlante  
PACIFIC ENVIRONMENTAL ADVOCACY CENTER  
10015 S.W. Terwilliger Blvd.  
Portland, OR  97219  
laplante@lclark.edu  
[ ] Via Hand Delivery  
[ ] Via E-mail  
[ ] Via First-Class mail, postage pre-paid  
[ ] Via Overnight Mail  
[X] Court notice of electronic filing via CM/ECF  

Karen Moynahan  
Oregon Department of Justice  
1162 Court St., NE  
Salem, OR 97301-4096  
karen.moynahan@doj.state.or.us  
[ ] Via Hand Delivery  
[ ] Via E-mail  
[ ] Via First-Class mail, postage pre-paid  
[ ] Via Overnight Mail  
[X] Court notice of electronic filing via CM/ECF  

Laura Maffei, R.G.  
Attorney at Law  
Schwabe Williamson & Wyatt  
1211 SW 5th Ave., Suites 1600-1900  
Portland, OR 97204  
Lmaffei@SCHWABE.com  
[ ] Via Hand Delivery

[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

                                              */s/ Meredith L. Flax*
                                        MEREDITH L. FLAX