DWIGHT C. HOLTON (OSB No. 09054)
Interim United States Attorney
District of Oregon
STEPHEN J. ODELL (OSB No. 90353)
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1197 (tel)  / (503) 727-1117 (fax)

IGNACIA S. MORENO
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
1961 Stout Street – 8th Floor
Denver, CO 80294
(303) 844-1498 (tel)  / (303) 844-1350 (fax)
MEREDITH L. FLAX (DCB 468016)
meredith.flax@usdoj.gov
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404 (tel)  / (202) 305-0275 (fax)

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　Plaintiff,<br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　Defendants,<br><br>THE STATE OF OREGON,<br><br>　　Intervenor-Defendant, and<br><br>NORTHWEST PULP AND PAPER ASSOCIATION,<br><br>　　Intervenor-Defendant. | Civil No. 05-1876-HA<br><br>**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

On August 31, 2010, the Court entered an Order that required the parties to file a Joint Status Report by September 15, 2010 regarding whether they can agree on conditions of a court-ordered remand.  See Doc. No. 233.  Plaintiff and Federal Defendants began conferring shortly after receiving the Court's Order.  Plaintiff, Federal Defendants, and Intervenor-Defendants the State of Oregon and Northwest Pulp and Paper Association currently are involved in active discussions and require additional time to continue those discussions.  Accordingly, an extension of the September 15, 2010 deadline to September 24, 2010 is in the interest of the parties and the Court so that additional time can be spent on determining whether an agreement can be reached.

For these reasons, Plaintiff and Federal Defendants respectfully request that the Court grant the Joint Motion for Extension of Time to File Joint Status Report ("Joint Motion"). Intervenor-Defendants do not oppose the Joint Motion.

Dated this 14th day of September, 2010.

Respectfully submitted,

| | |
|---|---|
| _/s/  Allison LaPlante_ | _/s/ Meredith L. Flax_ |
| ALLISON LAPLANTE (OSB # 02361) | MEREDITH L. FLAX (DCB 468016) |
| DANIEL P. MENSHER (OSB # 07463) | meredith.flax@usdoj.gov |
| Pacific Environmental Advocacy Center | U.S. Department of Justice |
| 10015 SW Terwilliger Blvd. | Environment & Natural Resources Division |
| Portland, OR 97219 | Wildlife & Marine Resources Section |
| (503)768-6894, (503)768-6926 | Ben Franklin Station, P.O. Box 7369 |
| (503) 768-6642 (fax) | Washington, D.C. 20044-7369 |
| laplante@lclark.edu, dmensher@lclark.edu | (202) 305-0404 (tel) / (202) 305-0275 (fax) |
| | |
| Attorneys for Plaintiff | MARK A. NITCZYNSKI (CSB 20687) |
| | mark.nitczynski@usdoj.gov |
| | U.S. Department of Justice/ENRD |
| | 1961 Stout Street - 8th Floor |
| | Denver, CO 80294 |
| | (303) 844-1498 (tel)/ (303) 844-1350 (fax) |

Attorneys for Federal Defendants

CERTIFICATE OF SERVICE

    I hereby certify that on September 14, 2010, I caused a true copy of the foregoing to be served on each of the following counsel in the manner indicated below:

Daniel P. Mensher
PACIFIC ENVIRONMENTAL ADVOCACY CENTER
10015 S.W. Terwilliger Blvd.
Portland, OR  97219
dmensher@lclark.edu
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

Alison LaPlante
PACIFIC ENVIRONMENTAL ADVOCACY CENTER
10015 S.W. Terwilliger Blvd.
Portland, OR  97219
laplante@lclark.edu
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

Karen Moynahan
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301-4096
karen.moynahan@doj.state.or.us
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

Laura Maffei, R.G.
Attorney at Law
Schwabe Williamson & Wyatt
1211 SW 5th Ave., Suites 1600-1900
Portland, OR 97204
Lmaffei@SCHWABE.com
[ ] Via Hand Delivery

[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

                                    */s/ Meredith L. Flax*
                              MEREDITH L. FLAX