DANIEL P MENSHER  (OSB # 07463)
ALLISON LAPLANTE (OSB # 02361)
DANIEL ROHLF  (OSB # 990069)
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Phone (503) 768-6926, (503) 768-6894
Fax (503) 768-6642
dmensher@lclark.edu, laplante@lclark.edu

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


NORTHWEST ENVIRONMENTAL
ADVOCATES, a non-profit corporation,

       Plaintiff,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, a United States
Government Agency, NATIONAL MARINE
FISHERIES SERVICE, a part of the National
Oceanic and Atmospheric Administration, a part of
the United States Department of Commerce, and
UNITED STATES FISH AND WILDLIFE
SERVICE, a part of the United States Department
of the Interior,

     Defendants, and
  THE STATE OF OREGON, and NORTHWEST
  PULP AND PAPER ASSOCIATION

     Intervenor-Defendants.

Civil No: 05-1876-HA

**JOINT MOTION FOR EXTENSION
OF DEADLINE TO FILE JOINT
STATUS REPORT**

JOINT MOTION FOR EXTENSION OF
TIME TO FILE JOINT STATUS REPORT

Pursuant to Local Rule 7.1, undersigned counsel certify that Plaintiff and Federal

Defendants (collectively, "the Parties") have conferred and have reached an agreement on the

subject matter of this motion.  The Court directed the Parties to file a Joint Status Report by

September 14, 2010 regarding whether they can agree on conditions of a court-ordered remand.

See Doc. No. 233.  The Court subsequently granted Parties' motion to extend the time to file the

Joint Status Report.  Currently, the parties are required to file a Joint Status Report by September

24, 2010.  See Doc. No. 236.  For the reasons set forth in the accompanying Memorandum, the

Parties jointly move the Court to extend the deadline for filing the Joint Status Report from

September 24, 2010 to October 8, 2010.  Intervenor-Defendants the State of Oregon and

Northwest Pulp and Paper Association do not oppose this motion.

Dated this 24th day of September, 2010.

Respectfully submitted,


_____/s/  Allison LaPlante_____
ALLISON LAPLANTE (OSB # 02361)
DANIEL P. MENSHER (OSB # 07463)
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503)768-6894, (503)768-6926
(503) 768-6642 (fax)
laplante@lclark.edu, dmensher@lclark.edu

Attorneys for Plaintiff

_____/s/ Meredith L. Flax_____
MEREDITH L. FLAX (DCB 468016)
meredith.flax@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404 (tel) / (202) 305-0275 (fax)

MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
U.S. Department of Justice/ENRD
1961 Stout Street - 8th Floor
Denver, CO 80294
(303) 844-1498 (tel)/ (303) 844-1350 (fax)

Attorneys for Federal Defendants


JOINT MOTION FOR EXTENSION OF
TIME TO FILE JOINT STATUS REPORT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2010, I caused a true copy of the foregoing to be

served on each of the following counsel in the manner indicated below:

MEREDITH L. FLAX
meredith.flax@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
 [ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
U.S. Department of Justice/ENRD
1961 Stout Street - 8th Floor
Denver, CO 80294
 [ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

Karen Moynahan
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301-4096
karen.moynahan@doj.state.or.us
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

Laura Maffei, R.G.
Attorney at Law
Schwabe Williamson & Wyatt
1211 SW 5th Ave., Suites 1600-1900
Portland, OR 97204

Lmaffei@SCHWABE.com
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF


_____ */s/ Daniel Mensher*___
DANIEL MENSHER