DANIEL P MENSHER  (OSB # 07463)
ALLISON LAPLANTE (OSB # 02361)
DANIEL ROHLF  (OSB # 990069)
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Phone (503) 768-6926, (503) 768-6894
Fax (503) 768-6642
dmensher@lclark.edu, laplante@lclark.edu

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation, | Civil No: 05-1876-HA |
| Plaintiff,<br>v. | **MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE JOINT STATUS REPORT** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, NATIONAL MARINE FISHERIES SERVICE, a part of the National Oceanic and Atmospheric Administration, a part of the United States Department of Commerce, and UNITED STATES FISH AND WILDLIFE SERVICE, a part of the United States Department of the Interior, | |
| Defendants, and<br>THE STATE OF OREGON, and NORTHWEST PULP AND PAPER ASSOCIATION | |
| Intervenor-Defendants. | |

MEMORANDUM IN SUPPORT OF JOINT MOTION FOR
EXTENSION OF DEADLINE TO FILE JOINT STATUS REPORT

1

On August 9, 2010, Federal Defendants filed a Motion for Voluntary Remand, with the briefing concluding on August 23, 2010. On August 31, 2010, the Court entered an Order that required the parties to file a Joint Status Report by September 15, 2010 regarding whether they can agree on conditions of a court-ordered remand. See Doc. No. 233. Plaintiff and Federal Defendants (together "Parties") began conferring shortly after receiving the Court's Order. The Court granted Parties' motion to extend the time to file the Joint Motion to September 24, 2010. See Doc. No. 236. Plaintiff, Federal Defendants, and Intervenor-Defendants the State of Oregon and Northwest Pulp and Paper Association are currently involved in active discussions. During a September 10, 2010, conference call, Plaintiff presented Federal Defendants with a proposed framework for a conditional remand of the biological opinions. During a September 21, 2010, conference call, Federal Defendants responded to Plaintiff's proposed framework. On September 24, 2010, Plaintiff sent Federal Defendants a letter memorializing the Parties' prior communications and responding to Federal Defendants' September 21st positions. Despite the active discussions between the Parties, they require additional time to continue those discussions. Accordingly, an extension of the September 24, 2010 deadline to October 8, 2010 is in the interest of the Parties and the Court so that additional time can be spent on determining whether an agreement can be reached.

For these reasons, Plaintiff and Federal Defendants respectfully request that the Court grant the Joint Motion for Extension of Time to File Joint Status Report ("Joint Motion"). Intervenor-Defendants do not oppose the Joint Motion.

/// /// ///

Dated this 24th day of September, 2010.

Respectfully submitted,

|  |  |
|---|---|
| /s/ Allison LaPlante | /s/ Meredith L. Flax |
| ALLISON LAPLANTE (OSB # 02361) | MEREDITH L. FLAX (DCB 468016) |
| DANIEL P. MENSHER (OSB # 07463) | meredith.flax@usdoj.gov |
| Pacific Environmental Advocacy Center | U.S. Department of Justice |
| 10015 SW Terwilliger Blvd. | Environment & Natural Resources Division |
| Portland, OR 97219 | Wildlife & Marine Resources Section |
| (503)768-6894, (503)768-6926 | Ben Franklin Station, P.O. Box 7369 |
| (503) 768-6642 (fax) | Washington, D.C. 20044-7369 |
| laplante@lclark.edu, dmensher@lclark.edu | (202) 305-0404 (tel) / (202) 305-0275 (fax) |
| Attorneys for Plaintiff | MARK A. NITCZYNSKI (CSB 20687) |
|  | mark.nitczynski@usdoj.gov |
|  | U.S. Department of Justice/ENRD |
|  | 1961 Stout Street - 8th Floor |
|  | Denver, CO 80294 |
|  | (303) 844-1498 (tel)/ (303) 844-1350 (fax) |
|  | Attorneys for Federal Defendants |

CERTIFICATE OF SERVICE

       I hereby certify that on September 14, 2010, I caused a true copy of the foregoing to be served on each of the following counsel in the manner indicated below:

MEREDITH L. FLAX
meredith.flax@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
U.S. Department of Justice/ENRD
1961 Stout Street - 8th Floor
Denver, CO 80294
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

Karen Moynahan
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301-4096
karen.moynahan@doj.state.or.us
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

Laura Maffei, R.G.
Attorney at Law
Schwabe Williamson & Wyatt
1211 SW 5th Ave., Suites 1600-1900
Portland, OR 97204

Lmaffei@SCHWABE.com
[ ] Via Hand Delivery
[ ] Via E-mail
[ ] Via First-Class mail, postage pre-paid
[ ] Via Overnight Mail
[X] Court notice of electronic filing via CM/ECF

                                                */s/ Daniel Mensher*
                                          DANIEL MENSHER