ALLISON M. LAPLANTE (OSB # 02361)
DANIEL P. MENSHER (OSB # 07463)
DANIEL J. ROHLF (OSB # 990069)
Pacific Environmental Advocacy Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503)768-6894, lalpante@lclark.edu
(503)768-6926, dmensher@lclark.edu
(503) 768-6707, rohlf@lclark.edu

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation, | Civil No: 05-1876-HA |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, NATIONAL MARINE FISHERIES SERVICE, a part of the National Oceanic and Atmospheric Administration, a part of the United States Department of Commerce, and UNITED STATES FISH AND WILDLIFE SERVICE, a part of the United States Department of the Interior, | |
| Defendants, and | |

THE STATE OF OREGON, and NORTHWEST
PULP AND PAPER ASSOCIATION,

<u>            Intervenor-Defendants.            </u>

      Plaintiff, Federal Defendants, Defendant-Intervenor State of Oregon, and Defendant-Intervenor Northwest Pulp and Paper Association (collectively, "the Parties") hereby submit the following Joint Status Report, pursuant this Court's Order on August 31, 2010.  <u>See</u> Doc. No. 233.  On August 9, 2010, Federal Defendants filed a Motion for Voluntary Remand, with the briefing concluding on August 23, 2010.  <u>See</u> Doc. Nos. 224-232.  On August 31, 2010, the Court entered an Order that required the parties to file a Joint Status Report by September 15, 2010 regarding whether they can agree on conditions of a court-ordered remand.  <u>See</u> Doc. No. 233.  The Parties began conferring shortly after receiving the Court's Order.  The Court granted the Parties' motions to extend the time to file the Joint Status Report to September 24, 2010, and again to October 8, 2010.  <u>See</u> Doc. Nos. 236 & 239.

      Plaintiff and Federal Defendants have been involved in extensive discussions since the Court's August 31, 2010 order.  Plaintiff and Federal Defendants first spoke on September 7, 2010, and again on September 10, 2010, when Plaintiff presented Federal Defendants with a proposed framework for a conditional remand of the biological opinions.  During a September 21, 2010, conference call, Federal Defendants responded to Plaintiff's proposed framework.  On September 24, 2010, Plaintiff sent Federal Defendants a letter memorializing the Parties' prior communications and responding to Federal Defendants' September 21st positions.  On September 29, 2010, Plaintiff and Federal Defendants again had a conference call, in which they discussed the issues in Plaintiff's September 24th letter.  Finally, Plaintiff and Federal Defendants

spoke again on October 4, 2010. Federal Defendants had discussions with both Defendant-Intervenors on September 9, 2010. Despite the Parties' extensive and good-faith negotiations, they have been unable to reach an agreement as to whether a remand is appropriate at this time, and if so, what terms, limitations, and conditions the Court could or should impose on the remand before it has reached the merits of the case.

At this point, Plaintiff and Federal Defendants each believe that the approach they presented to the Court in their briefing on the motion for voluntary remand remains the best approach. Therefore, the Parties see two options for proceeding. First, the Court can take Federal Defendants' motion under advisement and issue a decision. Second, the Parties could file supplemental briefing that more specifically addresses the Court's August 31, 2010 Order regarding the appropriateness of a conditional remand. To address the points in the Order would potentially require new factual allegations that the Parties did not believe were appropriate to include in a joint status report without first determining if the Court wishes to have such information. The Parties' supplemental briefs would be short, and each party would file its supplemental brief by 5 p.m. Pacific Standard Time on Tuesday, October 19, 2010.

Dated this 8th day of October, 2010.

Respectfully submitted,

   */s/ Daniel Mensher*
ALLISON M. LAPLANTE (OSB # 02361)
DANIEL P. MENSHER (OSB # 07463)
DANIEL J. ROHLF (OSB # 990069)
Pacific Environmental Advocacy Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503)768-6894, lalpante@lclark.edu
(503)768-6926, dmensher@lclark.edu
(503) 768-6707, rohlf@lclark.edu

Attorneys for Plaintiff

      */s/ Meredith L. Flax*
MEREDITH L. FLAX (DCB 468016)
meredith.flax@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404 (tel) / (202) 305-0275 (fax)

MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
U.S. Department of Justice/ENRD
1961 Stout Street - 8$_{th}$ Floor
Denver, CO 80294
(303) 844-1498 (tel)/ (303) 844-1350 (fax)

Attorneys for Federal Defendants


     */s/ Laura Maffei*
JAY T. WALDRON, OSB #74331
Email j waldron@schwabe. com
LAURA MAFFEI, R.G., OSB #99317
Email lmaffei@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Intervenor Northwest Pulp & Paper Association


    */s/ Karen L. Moynahan*
KAREN L. MOYNAHAN
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Attorney for Intervenor State of Oregon