JOHN R. KROGER
Attorney General
KAREN L. MOYNAHAN #954924
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792
Email: karen.moynahan@doj.state.or.us

Attorneys for Intervenor State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, A United States Government Agency, NATIONAL MARINE FISHERIES SERVICE, a part of the National Oceanic and Atmospheric Administration, a part of the United States Department of Commerce,<br><br>Defendants,<br><br>v.<br><br>STATE OF OREGON, and NORTHWEST PULP AND PAPER ASSOCIATION,<br><br>Intervenor-Defendants. | Case No. 3:05-cv-01876-HA<br><br>STATE OF OREGON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE FEDERAL DEFENDANTS' POSITION |

Page 1 - STATE OF OREGON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE FEDERAL DEFENDANTS' POSITION
KLM/smg/2304026-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

## BACKGROUND

On July 26, 2010, the Federal Defendants filed a *Motion to Remand Case to Agency Without Vacatur*.[1] Plaintiff opposed the motion,[2] and on August 31, 2010, the Court ordered the parties in this matter to confer and file a joint status report regarding the conditions of a court-ordered remand. The Court ordered the parties to confer on whether they could stipulate to the conditions of a remand that would result in neither serious disruptions to affected industries nor prejudice to those who would be affected by the continued maintenance of the status quo. The Court suggested conditions of remand, including partial vacatur, interim changes to the incidental take statements, interim modifications to the water temperature standards, and the possible admission of error by Federal Defendants. Finally, the Court ordered that if the parties could not agree to a conditional remand, the Court would take the Federal Defendants' *Motion to Remand Case to Agency Without Vacatur* under advisement.[3]

The parties could not agree on the terms of a remand. Thus, on October 8, 2010, the parties submitted to the Court a Joint Status Report that stated as much.[4] On October 12, 2010, the Court ordered the parties to provide supplemental briefs on the issue of whether the matter should be remanded to the agency without vacatur.[5] This is the State of Oregon's supplemental brief on that point.

## STATE OF OREGON'S POSITION

The State concurs with the position of the Federal Defendants. In addition, the State's primary concern regarding any action taken by the Court on the motion for remand is that Oregon's current water quality standards remain in effect in their entirety for the present time. Oregon's current water quality standards are the bases for the State's implementation of other

---

[1] *See*, Court Docket, Document Number 224.
[2] *Id.*, Document Number 228.
[3] *Id.*, Document Number 233.
[4] *Id.*, Document Number 240.
[5] *Id.*, Document Number 241.

Page 2 -   STATE OF OREGON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE FEDERAL DEFENDANTS' POSITION
KLM/smg/2304026-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

Clean Water Act programs, including the Total Maximum Daily Load, National Pollutant Discharge Elimination System and Clean Water Act section 401 certification programs.

The State believes that the current standards are more protective of fish species than earlier iterations of the Oregon's water quality standards and, if the Court were to set aside the current standards, some prior version of the standards presumably would become effective. If that occurred, the State believes that its Clean Water Act programs would not be as protective of fish species.

## CONCLUSION

The State of Oregon respectfully requests that the Court grant the Federal Defendants' motion, and order that Oregon's current water quality standards remain in effect in their entirety until this litigation is resolved or new standards are adopted.

DATED this 19th day of October, 2010.

Respectfully submitted,

JOHN R. KROGER
Attorney General

KAREN L. MOYNAHAN #954924
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4792
karen.moynahan@doj.state.or.us
Of Attorneys for Intervenor State of Oregon

Page 3 -   STATE OF OREGON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE FEDERAL
          DEFENDANTS' POSITION
KLM/smg/2304026-v1
                                    Department of Justice
                                   1162 Court Street NE
                                   Salem, OR 97301-4096
                               (503) 947-4700 / Fax: (503) 947-4792

## CERTIFICATE OF SERVICE

I certify that on October 19, 2010, I served the foregoing STATE OF OREGON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE FEDERAL DEFENDANTS' POSITION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Daniel Mensher<br>Allison Michelle LaPlante<br>Pacific Environmental Advocacy Center<br>10015 SW Terwilliger Blvd.<br>Portland, OR 97219<br>    Of Attorneys for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_✓_ E-FILE |
| Meredith Lisa Flax<br>Kevin William McArdle<br>Mark A. Nitczynski<br>US Department of Justice<br>Ben Franklin Station<br>PO Box 7369<br>Washington, DC 20044-7369<br>    Of Attorneys for US Defendants | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_✓_ E-FILE |
| Kristen Byrnes Floom<br>US Department of Justice<br>601 C Street NW 3rd Floor<br>Washington DC 20004<br>    Of Attorneys for US Defendants | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_✓_ E-FILE |
| Mark A. Nitczynski<br>US Department of Justice<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>    Of Attorneys for US Defendants | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_✓_ E-FILE |

Page 1 -   CERTIFICATE OF SERVICE
          KLM/tr1/903056-v1

Stephen J. Odell                                 ___ HAND DELIVERY
US Department of Justice                         ___ MAIL DELIVERY
1000 SW Third Avenue Ste 600                     ___ OVERNIGHT MAIL
Portland, OR 97204                               ___ TELECOPY (FAX)
    Of Attorneys for US Defendants     ___ E-MAIL
                                                 ✓ E-FILE

Michael James Zevenbergen                        ___ HAND DELIVERY
US Department of Justice                         ___ MAIL DELIVERY
7600 Sand Point Way NE                           ___ OVERNIGHT MAIL
Seattle, WA 98115                                ___ TELECOPY (FAX)
    Of Attorneys for US Defendants     ___ E-MAIL
                                                 ✓ E-FILE

Laura Maffei                                     ___ HAND DELIVERY
Schwabe, Williamson & Wyatt PC                   ___ MAIL DELIVERY
1600-1900 Pacwest Center                         ___ OVERNIGHT MAIL
1211 SW Fifth Avenue                             ___ TELECOPY (FAX)
Portland, OR 97204                               ___ E-MAIL
    Of Attorneys for Intervenor        ✓ E-FILE
      Northwest Pulp and Paper Association

*[signature]*
KAREN L. MOYNAHAN #95492
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4792
karen.moynahan@doj.state.or.us
Of Attorneys for Intervenor State of Oregon

Page 2 -   CERTIFICATE OF SERVICE
          KLM/tr1/903056-v1