DWIGHT C. HOLTON (OSB No. 09054)
Interim United States Attorney
District of Oregon
STEPHEN J. ODELL (OSB No. 90353)
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1197 (tel)  / (503) 727-1117 (fax)

IGNACIA S. MORENO
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1498 (tel)  / (303) 844-1350 (fax)
MEREDITH L. FLAX (DCB 468016)
meredith.flax@usdoj.gov
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404 (tel)  / (202) 305-0275 (fax)

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-1876-HA |
| v. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) | STIPULATED MOTION FOR ENTRY OF REVISED CASE MANAGEMENT ORDER |
| Defendants, | ) | |

|   |   |
|---|---|
| THE STATE OF OREGON, | ) |
| Intervenor-Defendant, and | ) ) ) |
| NORTHWEST PULP AND PAPER ASSOCIATION, | ) ) ) |
| Intervenor-Defendant. | ) ) ) |

Plaintiff, Federal Defendants and Intervenors (collectively, "Parties") respectfully move this Court to adopt the Revised Case Management Order. The Revised Case Management Order, which is being filed herewith, would modify the briefing schedule set forth in the Court's Order of November 3, 2010. Doc. No. 248. Pursuant to Local Rule 7.1, undersigned counsel certify that the Parties conferred and reached agreement on the subject matter of this stipulated motion.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General

/s/ Allison LaPlante
ALLISION LaPLANTE (OSB # 02361)
DANIEL P. MENSHER (OSB # 07463)
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219

Attorneys for Plaintiff

/s/ Mark A. Nitczynski
MARK A. NITCZYNSKI (CSB 20687)
United States Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

MEREDITH L. FLAX (DCB 468016)
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0404
E-mail: meredith.flax@usdoj.gov

Attorneys for Federal Defendants

| /s/ Karen Locha Moynahan | /s/ Laura Maffei |
|---|---|
| Karen Locha Moynahan | Laura Maffei |
| Oregon Department of Justice | Schwabe Williamson & Wyatt, PC |
| Trial Division | 1600-1900 Pacwest Center |
| Commercial/Condemnation/Environmental Section | 1211 SW Fifth Avenue |
| 1162 Court Street | Portland , OR 97204 |
| Salem, OR 97301 | |
| | |
| Attorney for State of Oregon | Attorney for Northwest Pulp and Paper Association |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2010, I caused a true copy of the foregoing STIPULATED MOTION FOR ENTRY OF REVISED CASE MANAGEMENT ORDER to be served on each of the following counsel in the manner indicated below:

| | |
|---|---|
| Allison LaPlante<br>Daniel P. Mensher<br>PACIFIC ENVIRONMENTAL<br>ADVOCACY CENTER<br>10015 S.W. Terwilliger Blvd.<br>Portland, OR  97219<br>laplante@lclark.edu | [ ] Via Hand Delivery<br>[ ] Via E-mail<br>[ ] Via First-Class mail, postage pre-paid<br>[ ] Via Overnight Mail<br>[X] Court notice of electronic filing via<br>    CM/ECF |
| Karen Locha Moynahan<br>Oregon Department of Justice<br>Trial Division<br>Commercial/Condemnation/Environmental Section<br>1162 Court Street<br>Salem, OR 97301 | [ ] Via Hand Delivery<br>[ ] Via E-mail<br>[ ] Via First-Class mail, postage pre-paid<br>[ ] Via Overnight Mail<br>[X] Court notice of electronic filing via<br>    CM/ECF |
| Laura Maffei<br>Schwabe Williamson & Wyatt, PC<br>1600-1900 Pacwest Center<br>1211 SW Fifth Avenue<br>Portland , OR 97204 | [ ] Via Hand Delivery<br>[ ] Via E-mail<br>[ ] Via First-Class mail, postage pre-paid<br>[ ] Via Overnight Mail<br>[X] Court notice of electronic filing via<br>    CM/ECF |

          /s/ Mark A. Nitczynski
          MARK A. NITCZYNSKI