FILED 10 NOV 16 13:27 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> THE STATE OF OREGON, <br><br> Intervenor-Defendant, and <br><br> NORTHWEST PULP AND PAPER ASSOCIATION, <br><br> Intervenor-Defendant. | Civil No. 05-1876-HA <br><br> REVISED CASE MANAGEMENT ORDER |

The Parties' Stipulated Motion for Entry of Revised Case Management Order is GRANTED. IT IS ORDERED THAT the following schedule shall govern the briefing of cross-motions for summary judgment in this action:

| | |
|---|---|
| January 14, 2011: | Deadline for Federal Defendants to file oppositions and cross-dispositive motions |
| January 28, 2011: | Deadline for Intervenor-Defendants to file oppositions and cross-dispositive motions |
| February 25, 2011: | Deadline for Plaintiff to file oppositions to cross-dispositive motions and replies on dispositive motions |
| March 25, 2011: | Deadline for Federal Defendants to file replies on cross-dispositive motions |
| April 1, 2011: | Deadline for Intervenor-Defendants to file replies on cross- |

Revised Case Mgt. Order

dispositive motions.

IT IS FURTHER ORDERED THAT, in the event the Court schedules argument, the argument shall take place no sooner than May 2, 2011.

DATED this __16__ of __November__, 2010.

Ancer L. Haggerty
United States District Judge

Submitted by:

MARK A. NITCZYNSKI (CSB 20687)
mark.nitczynski@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1498 (tel) / (303) 844-1350 (fax)